


# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | |
| *Plaintiff,* | ) | **Case No.:** 1:26-cv-00672 |
| | ) | |
| v. | ) | **Judge:** Jeffrey I. Cummings |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| BJB PROPERTIES, INC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| HUNTER WARFIELD, INC., and | ) | |
| CREDIT CONTROL SERVICES, INC., | ) | |
| *Defendants.* | ) | |

## Plaintiff's Notice of Filing

## Marquee Exhibits in Support of Complaint

**I. TO THE HONORABLE JUDGE AND JURY OF THIS COURT:**

1. Plaintiff Brian Alan Crofoot, currently proceeding pro se, presents the following pieces of Evidence to support the basis for the Complaint. They include photographic evidence of the drenched electricals and key coordination documents.

2. Respectfully submitted,

*Brian A Crofoot*

Brian Alan Crofoot s/      Dated: February 12, 2026

**Exhibit 1: 6727 N. Glenwood Front View**



3. This photograph taken on August 7, 2025, shows the front Northwest corner of the 6727 N. Glenwood apartment building where Plaintiff formerly resided. Plaintiff's apartment was on the first floor above street level. Plaintiff's corner bedroom was located directly above the building's 2 inch gas main.

**Exhibit 2: Image of a Brown Stain Above the Breaker Panel**



4. This photograph, taken on July 3, 2025, shows the HVAC unit and closet, with a brown colored stain above the apartment's 200 ampere main breaker panel (fuse box) located in the middle of the apartment and kitchen wall.

**Exhibit 3: Image of the Electrical Receptacle Below the Breaker Panel**



5. This image taken on August 3, 2025, shows the water stained electrical outlet directly below the main breaker panel shown in **Exhibit 2**.

**Exhibit 4: Image of the Wall with the Electricals**



6. This image taken on August 6, 2025, shows the presence of vertical water stains where water flowed downward through the breaker box through the outlet (receptacle) below. The 3 short black lines located along the vertical stain were placed by Plaintiff to enhance the visibility of the stains. A green post-it was placed by Plaintiff labeled arc-flash hazard with a tag on the breaker for the outlet.

**Exhibit 5: Image of the June 2025 Sewage Leak**



7. This photo taken on June 18, 2025 shows the ceiling leaking sewage from the apartment above (#C2) in the HVAC closet of Plaintiff's apartment.

**Exhibit C: Kathleen Barry Boychuck Coordination Letter, July 25, 2025**

8. Plaintiff received this 2 page communication from Ansa Nasir on Monday, July 28, 2025 via email authored by BJB's attorney and Registered Agent, Kathleen Barry Boychuck.

---

Kathleen Barry Boychuck
Attorney at Law
14 Main Street
Park Ridge, IL 60068
Ph: (847) 720-7905
Fax: (312) 729-5143
E-mail: kathleen.barry@kbarrylaw.com

July 25, 2025

*Via Electronic Email:* briancrofoot.9@gmail.com
Brian Crofoot
6701 N. Glenwood Ave.
Unit C1 (The "Unit")
Chicago, IL 60626

Re: Notice of Termination of the Rental Agreement

Please be advised that I represent BJB Properties, Inc. ("BJB"). I am writing in response to your July 21, 2025 correspondence regarding your intent to terminate your lease pursuant to Section 5-12-110 of the Chicago Residential Landlord and Tenant Ordinance ("RLTO") and your alleged water sewerage claim.

Pursuant to Section 5-12-110 of the RLTO, a landlord is required to maintain the premises in compliance with all applicable building codes and to provide a dwelling that is fit and habitable. Importantly, the RLTO provides that a landlord has 14 days to cure any alleged violations. BJB has complied with these obligations in good faith and has taken prompt and reasonable measures in response to each of your complaints.

A timeline of actions is as follows:

- **June 16, 2025:** You reported a leak to BJB's emergency maintenance line.
- **June 18, 2025:** The source was identified as a broken PVC condensation drain line from the A/C system in the unit above (Unit C02), which was immediately repaired.
- **June 23, 2025:** Following additional concerns raised regarding possible mold, BJB initiated a new work order for further inspection and remediation.
- **June 25, 2025:** A dehumidifier was installed, and a mold check was performed.
- **June 27, 2025:** Technician Ernesto applied Kilz primer and painted the affected area with two coats to ensure thorough remediation.

As noted, the leak was caused by a clogged condensation drain line in the unit above, resulting in overflow of clean water from the A/C system. While the water may have picked up incidental debris as it passed through the ceiling and flooring materials, it was not sewage.

Contrary to your claims of "raw sewage infiltration," your own insurer, Liberty Mutual, tested the water sample you submitted and denied your claim, confirming no sewage contamination was present.

BJB has completed all necessary remediation, including cleaning, scraping, repainting, and priming the affected area. There are no outstanding maintenance issues at this time.

Additionally, we confirm that no reports concerning your tenancy have been submitted to Experian or any other credit reporting agency. Likewise, BJB did not make any misrepresentations to Liberty Mutual

---



**Exhibit D. Liberty Mutual's response to the Illinois Department of Insurance,**

**Aug 27, 2025**

9. Plaintiff received the following 2 page letter authored by Liberty's April Sandoval and Ryan Basinger on August 27, 2025.



**Liberty Mutual Insurance**
Presidential Service Team
175 Berkeley Street
Boston, MA 02116
Phone: (972) 808-4932
Fax: (603) 422-7900

August 27, 2025

Craig
Illinois Department of Insurance
320 W. Washington
Springfield, IL 62767

Re:  Complainant/Insured:     Brian Crofoot
     Date of Loss:              6/16/2025
     Policy Number/Inception:   H4V24399374070 / 2024
     Claim Number:              059611401
     DOI File Number:           01007017
     NAIC Number:               0111-12484
     Underwriting Company:      Liberty Mutual Personal Insurance Company
     Line of Coverage:          Renter's
     Policy State:              IL

Dear Craig:

Please accept this letter in response to your inquiries dated 8/7/25 and 8/19/25, which were received by our Presidential Service Team. According to the explanation included in Brian Crofoot's written complaints, he requested that we provide claim documentation to him, including a copy of the claim file.

**Loss Details**
On 6/23/25, we were notified regarding this loss. The insured reported that he had just gotten home from work around 10pm when he walked into the home, he stated it smelled like sewage. He called his landlord and they discovered that the upstairs unit had raw sewage leaking and it leaked into the insured's HVAC unit and the sewage was coming out of his HVAC unit in the HVAC closet. The insured stated that that he had been asking the landlord to clean it up but they would not.

**Our Review**
After a thorough review, we found the following information:
- On 7/2/25, the adjuster spoke with the insured's landlord regarding the loss. It was confirmed repairs were completed and the water that was seeping into the insured's unit was from a leak to the HVAC unit above, not raw sewage. The landlord stated he did not have any other units available to offer the insured even if he wanted to move units.
- The insured stated he was looking to move to a different complex and he was withholding his rent for the month of July. The adjuster let the insured know that this was a possible denial as the insured confirmed there was no personal property damaged as a result of the loss.

- Coverage was denied for the loss as there was no proof of damage, no proof of the home being unlivable, and no damage to the personal property items. In order for coverage to be reviewed for the claim, our claims team would need documentation showing there was damage and the home being unlivable. No documentation has been received from the insured to date.
- On 8/18/25, an updated coverage denial letter was issued to the insured.
- Regarding the insured's allegation that we provided documentation or confidential information to his landlord, our review found no evidence of this occurring. The file reflects the only interaction the adjuster had with the landlord was a phone call on 7/2/25, in which the damages inside the units were discussed and confirmed.
- Regarding the insured's request for a copy of the complete claim file to be provided to him, we will be unable to grant this request as our claim file is our internal work product, confidential, and proprietary.

Based on the information above and our review, we support the decisions of our claims department and that the claim was appropriately handled. Our claims team is available to review any new information/documentation which Mr. Crofoot wishes to submit for consideration. If the insured has any additional questions, concerns, or new documentation he wishes to submit for consideration, he may contact the team manager directly:

**April Sandoval**
Claims Team Manager
(469) 242-7167
April.Sandoval@libertymutual.com

Very respectfully,

Ryan Basinger
Senior Consumer Affairs Specialist I (PST)
Florida Company Employee Adjuster
Presidential Service Team
Liberty Mutual Insurance
Phone (972) 808-4932
E-Mail: Ryan.Basinger@LibertyMutual.com

DOI Enclosures: Policy, Denial Letter