

**FILED**
2/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | |
|     *Plaintiff,* | ) | **Case No.:** 1:26-cv-00672 |
| | ) | |
| v. | ) | **Judge:** Jeffrey I. Cummings |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| BJB PROPERTIES, INC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| HUNTER WARFIELD, INC., AND | ) | |
| CREDIT CONTROL SERVICES, INC., | ) | |
|     *Defendants.* | ) | |

## PLAINTIFF'S NOTICE: REQUEST FOR LEAVE TO SERVE DEFENDANT LIBERTY MUTUAL PERSONAL INSURANCE COMPANY VIA ITS PRESIDENT IN MASSACHUSETTS

### I. TO THE HONORABLE JUDGE AND JURY OF THIS COURT:

1. Plaintiff Brian Crofoot, pro se, respectfully provides this status update and requests leave to serve Defendant Liberty Mutual Personal Insurance Company via its President, Timothy Sweeny at 175 Berkeley St, Boston, MA 02116.

2. On January 29, 2026, a licensed special process server served the stamped Complaint and Summons upon the Illinois Department of Insurance (IDOI). **IDOI's Joel Vargas accepted service of the Complaint and Summons on behalf of Liberty Mutual. Plaintiff paid IDOI $40 to accept and forward service.**

3. Plaintiff was notified today that IDOI rejected service. Late last week, IDOI sent the attached letter dated Feb. 4, 2026 to the server's corporate headquarters in Seattle, WA - which is not typical. Plaintiff will reserve two copies of the packet to the IDOI as soon as possible and pay extra costs of service. Service and oversight is likely to continue to be rejected by the enamored IDOI.

4. Liberty Mutual Personal Insurance Company is domiciled in Massachusetts and has a registered agent there. Service on an officer (President) in Massachusetts is authorized under Fed. R. Civ. P. 4(h)(1)(B).

5. Plaintiff requests leave of the Court to serve Defendant Liberty Mutual Personal Insurance Company directly via its President Timothy M. Sweeny pursuant to Rule 4(h). This alternative service is necessary due to other enamored local regulators and IDOI's intentional protectionism.

6. Plaintiff has no objection to any reasonable extension if Defendant agrees to accept service without further delay.

7. Further, Plaintiff opposes dismissal and requests a trial by jury on all triable issues.

8. Respectfully,

Brian Crofoot, Pro Se

4180 N. Marine Dr. #1501, Chicago, IL 60613

**Email:** crofoot.bc@gmail.com

**Dated:** February 16, 2026

## Attachment 1: Letter to ABC from the Illinois Department of Insurance



# Illinois Department of Insurance

**JB PRITZKER**
Governor

**ANN GILLESPIE**
Director

February 4, 2026

ABC Legal Services, Inc.
633 Yesler Way
Seattle, WA 98104

**RE: 1:26-cv-00672 Brian Alan Crofoot v. Liberty Mutual Personal Insurance Company**

In response to your recent request, please be advised that the Director of Insurance is appointed as agent for Service of Process by all foreign and alien insurance companies authorized to do business in the State of Illinois as well as by all domestic reciprocals and fraternal benefit societies. Service upon the Director as agent can be had through any proper means by **delivering duplicate copies of all process accompanied by a $40 fee payable to the Illinois Department of Insurance.**

The Director of Insurance is not authorized to accept Service of Process for other domestic insurance companies nor for insurance producers licensed to do business in the State of Illinois.

The attached documents are being returned to you for the reasons checked below:

☐ Service is being attempted upon a domestic insurer for which the Director is not appointed as agent for service.

☐ Service is being attempted upon an insurance producer or other entity for whom the Director is not appointed as agent for service. **Director is agent for only the Illinois courts.**

☒ Duplicate copies of <u>all process</u> were not provided. 215 ILCS 5/112

☐ The statutory $40 fee payable to the Illinois Department of Insurance for each company served did not accompany the process. 215 ILCS 5/408 (4)

☐ No record of company by this name. Please provide company's entire legal name.

☐ Service is being attempted upon a "group". Please indicate specific company.

If a response is necessary, please send to address shown below to the attention of Corporate Regulatory.

Illinois Department of Insurance
320 West Washington St
Springfield, IL 62767-0001

AG:MS:KS

320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515
http://insurance.illinois.gov