

**BC**

FILED
2/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BRIAN ALAN CROFOOT,                    )
                                *Plaintiff,*    )    **Case No.:** 1:26-cv-00672
                                                  )

v.                                     )    **Judge:** Jeffrey I. Cummings
                                                  )

LIBERTY MUTUAL PERSONAL               )
INSURANCE COMPANY,                     )
BJB PROPERTIES, INC.,                  )
LEXISNEXIS RISK SOLUTIONS, INC.,       )
EXPERIAN INFORMATION SOLUTIONS, INC.,  )
HUNTER WARFIELD, INC., AND             )
CREDIT CONTROL SERVICES, INC.,         )
                                    *Defendants.* )

## Status Update: Liberty Was Served

## I. TO THE HONORABLE JUDGE AND JURY OF THIS COURT:

1.  Plaintiff Brian Crofoot, pro se, respectfully provides this status update and reports Timothy Sweeny, President of Liberty Mutual Personal Insurance Company personally accepted service on February 19, 2026.

2.  Plaintiff opposes dismissal and requests a trial by jury on all triable issues.

3.  Respectfully,

Brian Crofoot, Pro Se

**Email:** crofoot.bc@gmail.com

**Dated:** February 20, 2026

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **1:26-cv-00672**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Liberty Mutual Personal Insurance Company**
was recieved by me on  **2/19/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **TIMOTHY SWEENEY**, who is designated by law to accept service of process on behalf of **Liberty Mutual Personal Insurance Company** at **175 Berkeley St, Boston, MA 02116** on **02/19/2026 at 4:37 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 11.55** for services, for a total of **$ 11.55**.

I declare under penalty of perjury that this information is true.

Date:  02/19/2026

_____
*Server's signature*

**Johanny B Adames**
_____
*Printed name and title*

**139 Salem St
Lawrence, MA 01843**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to TIMOTHY SWEENEY, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**





Tracking #: **0209640982**