**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Brian Alan Crofoot

                                Plaintiff,

v.                                          Case No.: 1:26–cv–00672

                                          Honorable Jeffrey I Cummings

Liberty Mutual Personal Insurance Company,
et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons set forth in the accompanying Order, plaintiff's complaint is dismissed without prejudice and with leave to replead to the extent plaintiff can do so in accordance with the Order and the requirements of Federal Rule of Civil Procedure 11. Any amended complaint must be filed by 3/27/26. Defendants' motions for extension of time to answer or otherwise plead [11] [13] [20] [22] & [26] are granted to the extent that defendants' deadlines to answer or otherwise plead are stayed pending further order of the Court. Plaintiff's motion for leave to serve defendant Liberty Mutual via its president in Massachusetts [16] is denied as moot as plaintiff has since filed a certificate of service as to Liberty Mutual and Liberty Mutual has recently appeared through counsel. Tracking status hearing set for 4/27/26 at 9:00 a.m. (to track the case only, no appearance is required and the case will not be called). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.