

**FILED**
3/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | |
| *Plaintiff,* | ) | **Case No.:** 1:26-cv-00672 |
| | ) | |
| v. | ) | **Judge:** Jeffrey I. Cummings |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| BJB PROPERTIES, INC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| HUNTER WARFIELD, INC., AND | ) | |
| CREDIT CONTROL SERVICES, INC., | ) | |
| *Defendants.* | ) | |

# <u>Plaintiff's Notice of Filing:</u>

# <u>Consumer Report Evidence</u>

## I. TO THE HONORABLE JUDGE AND JURY:

1. Plaintiff Brian Crofoot, pro se, submits the following Evidence to the Court as cited in the First Amended Complaint. Exhibits include an ALJ's 2020 Ruling, consumer reports, debts, denials, and communications from each Defendant.

2. Respectfully submitted,

*s/ Brian Alan Crofoot*

s/ Brian Alan Crofoot

**Dated:** March 20, 2026

**Email:** crofoot.bc@gmail.com

## II. Table of Contents

I. TO THE HONORABLE JUDGE AND JURY:                                          1

II. Table of Contents                                                       2

   Exhibit II: City of Chicago July 2020 ALJ Ruling                         3

   Exhibit EE-1. BJB's July 14, 2025 Cure or Eviction Notice              5

   Exhibit EE-2. Plaintiff's July 19 Rent Payment Receipt                 6

   Exhibit PP: Liberty Mutual's August 15, 2025 Denial Letter             7

   Exhibit KK: Liberty's Mailed Denial Envelope (Oct. 26, 2025)          11

   Exhibit K: Experian July 17, 2025 Rent Bureau Report for Becovic Application   12

   Exhibit HH: Email between Becovic Management and Plaintiff (July 2025)   14

   Exhibit E: Communications with State Farm, August 2025                 15

   Exhibits L: LexisNexis September 15, 2025 CLUE Report                   16

      Exhibit L-1: Plaintiff's CLUE Address Records Excerpt              17

      Exhibit L-2: Liberty's Mutual Claim in the CLUE Report             18

      Exhibit L-3: CLUE Reported to State Farm, August 4, 2025           19

   Exhibit N: Credit Control Services Debt Demand                         20

   Exhibit O: Hunter Warfield's Debt Demand                               21

   Exhibit M-1: Snippets of Plaintiff's October 7 Experian Credit Report   22

      Exhibit M.1.1: Experian Credit Report Cover Page                   22

      Exhibit M.1.2: Experian Credit Report Soft Inquiries               24

## Exhibit II: City of Chicago July 2020 ALJ Ruling

3.  In June 2018, the City of Chicago Department of Buildings stopped work and cited BJB/ the owner 6701 N. Glenwood LLC during construction activities. On July 16, 2020, Administrative Law Judge Dennis M. Fleming entered an order in Case No. 18BT05590A finding 6701 N. Glenwood LLC liable for failing to submit stamped plans and obtain permits, in violation of Chicago Municipal Code §§13-32-010, 13-32-040, 13-40-010, and 13-40-020. A $600 judgment was imposed and a lien recorded. Obtained from Cook County Recorder.

DOAH - Order (1/00)

**UNOFFICIAL COPY**

**IN THE CITY OF CHICAGO, ILLINOIS**
**DEPARTMENT OF ADMINISTRATIVE HEARINGS**

| | |
|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) | Address of Violation: |
| ) | 1328-1344 W North Shore Avenue;6701-6719 N |
| v. ) | Glenwood Avenue |
| ) | |
| 6701 N Glenwood Llc C/O Gerard P Walsh, Jr ) | Docket #: 18BT05590A |
| 155 MICHIGAN AVE, STE 9003 ) | |
| CHICAGO, IL 60601 ) | Issuing City |
| , Respondent. ) | Department: Buildings |

**FINDINGS, DECISIONS & ORDER**

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| Finding | NOV# | Count(s) | Municipal Code Violated | Penalties |
|---|---|---|---|---|
| City non-suit | 18TO569328 | 1 | 002022 Description of work: | $0.00 |
| Previously liable - No subsequent compliance with building code | 18TO569328 | 2 | 002011 Submit plans prepared, signed, and sealed by a licensed architect or registered structural engineer for approval and obtain permit. (13-32-010, 13-32-040, 13-40-010, 13-40-020) | $500.00 |

Sanction(s):

Admin Costs: $100.00

**JUDGMENT TOTAL: $600.00**

**Balance Due: $600.00**

Respondent is ordered to come into immediate compliance with any/all outstanding Code violations.

Petitioner is granted leave to re-inspect the premises or business as it relates to the above found violation(s).

ENTERED: _Dennis M. Flem_     31     Jul 10, 2020

Administrative Law Judge          ALO#     Date

This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.

Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.

I hereby certify the foregoing to be a true and correct copy of an Order entered by an Administrative Law Judge of the Chicago Department of Administrative Hearings.

_[signature]_ 7/30/20

Authorized clerk     Date

Above must bear an original signature to be accepted as an Certified Copy

18BT05590A

Page 1 of 1

Date Printed: Jul 16, 2020 2:18 pm

**Exhibit EE-1. BJB's July 14, 2025 Cure or Eviction Notice**

## Landlord's FIVE Day Notice

TO: BRIAN CROFOOT
& ALL OTHER OCCUPANTS

You are hereby notified that there is now due the undersigned landlord the sum of $1,607.25, being rent for the premises situated in the City of Chicago, County of Cook, and State of ILLINOIS, described as follows, to wit:

6727 N. GLENWOOD APT C1, Chicago, IL 60626

together with all buildings, sheds, closets, outbuildings, garages and barns used in connection with said premises.

And you are further notified payment of said sum so due has been and is hereby demanded of you, and that unless payment thereof is made on or before the expiration of five days after service of this notice, your possession of said premises will be terminated. BJB Properties, Inc. is hereby authorized to receive said rent so due for the undersigned.

ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate possession under this notice, unless the landlord agrees in writing to continue the possession in exchange for receiving partial payment.

Date: 07/11/2025

BJB PROPERTIES, INC

By: _____
Authorized Signatory

STATE OF ILLINOIS)
COUNTY OF Cook )SS

### AFFIDAVIT OF SERVICE

_Kiara Quinones_ says that he/she served the foregoing notice on _7-14-25_, as follows:

✓ 1. By delivering a copy thereof to the within named tenant.
___ 2. On the within named defendant by delivering a copy of the same to _____.
___ 3. By sending a copy thereof to said tenant by certified mail, with request for return of receipt from the addressee.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, as to such matters the undersigned as aforesaid states that he/she verily believes the same to be true.

Monthly Rent: $1,545

_____
Signature of Server

4. BJB served this notice to Plaintiff on July 14, 2025, which threatened Plaintiff with eviction. An unsigned 5 Day Cure Notice was subsequently issued on August 15, 2025.

**Exhibit EE-2. Plaintiff's July 19 Rent Payment Receipt**



5. Plaintiff cured BJB's eviction notice on July 19, 2025 by paying $1,607.25 under protest for their eviction threat *(Exhibit EE-1).*

**Exhibit PP: Liberty Mutual's August 15, 2025 Denial Letter**

6.  The following three page communication by Liberty Mutual's Veronika Grant was emailed

on August 18, 2025 and mailed on October 26, 2025 to Plaintiff.







Liberty Mutual Personal Insurance Company
P.O. Box 5014
Scranton, PA 18505-5014

Veronika.Grant@LibertyMutual.com

Fax:     888-268-8840

**Liberty Mutual Personal Insurance Company**
P.O. Box 5014
Scranton, PA 18505-5014
800-225-2467

LibertyMutual.com

BRIAN CROFOOT
6727 N GLENWOOD AVE APT C01
CHICAGO, IL 60626-4286

August 15, 2025

| | |
|---|---|
| Claim Number: | 059611401-01 |
| Date of Incident: | 06/16/2025 |
| Insured: | BRIAN CROFOOT |

| | |
|---|---|
| Policy Number: | H4V-243-993740-70 |
| Loss Location: | 6727 N GLENWOOD AVE APT C01, CHICAGO, IL 60626-4286 |
| Underwriting Company: | Liberty Mutual Personal Insurance Company |

Dear Brian Crofoot,

We're writing to inform you that we completed our review of your claim based on information provided by you or on your behalf. The following is a summary of our findings and position on coverage for this claim.

The insurance policy provides coverage subject to policy terms and conditions. Based on our review of the policy, there is no coverage available for your loss as outlined below.

**Claim Details**

Our first notice of loss was on 06/16/2025. It was reported that sewage water had been leaking into your home.

Our review of your claim revealed the following relevant information:
You reported on 06/23/2025 that you smelled sewage leaking into your home and you noticed it was coming out the HVAC closet. You also advised that you have been out of your home since 06/16/2025 and have been trying to have landlord get cleaning done.

1PDEN First Party Coverage Denial 059611401-01                                          Page 1 of 3



**Policy Information**

We issued the following Renters Policy to BRIAN CROFOOT
      Policy Number:      H4V-243-993740-70
      Policy Period:      05/01/2025 - 05/01/2026

The applicable Policy form and relevant endorsements (your coverages) state in part:

**SECTION I - PROPERTY CONDITIONS**

...

**3. AN INSURED'S DUTIES AFTER LOSS.** In case of a loss to which this insurance may apply, you must perform the following duties:

a. cooperate with us in the investigation, settlement or defense of any claim or suit;

b. give immediate notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss;

d. protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

e. prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, purchase price and age. Attach all bills, receipts and related documents that justify the figures in the inventory;

The Policy is incorporated by reference into this letter in its entirety. Although we have attempted to include all of the policy provisions that we believe are pertinent to this matter, the provisions set forth above in no way replace the provisions of the actual Policy issued. If you have any questions regarding the terms contained in the applicable Policy, you should refer to the Policy itself. To the extent there is any discrepancy between this letter and the Policy, the Policy controls.

**Our Coverage Position**

Based upon the information available to date, the grounds for our denial of coverage under the Policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

At this time we are unable to find coverage for you due to having no proof of damage, no proof of home being unlivable, and no damage to your personal property items. In order for us to find co9verage for claim, we will need documentation showing there was damage and home being unlivable. If you have any questions about this, please feel free to reach out to us and we will be happy to go over more with you.

Based on these grounds, no insurance coverage is available to you for the claim. While we sought to identify and address all relevant insurance coverage considerations above, these specific considerations are not intended and should not be understood as a waiver of any other right or basis we may have to deny coverage, and we reserve all rights in this regard.

If you have any information you believe may impact our coverage position, please bring it to our immediate attention, so we may assess whether such information or pleading impacts our coverage position or obligations.

**We're Here To Help**

We understand this is disappointing news and we want to make sure you fully understand our decision. If you have any questions or concerns, please feel free to call or email me anytime.

Sincerely,

1PDEN First Party Coverage Denial 059611401-01        Page 2 of 3

*Plaintiff's Notice of Filing: Consumer Reports Evidence  Page 9*



**VERONIKA GRANT**
Claims Department

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at:
122 S Michigan Ave., 19th Floor
Chicago, IL 60603

and in Springfield at:
320 West Washington Street
Springfield, IL 62767
Consumer Assistance Hotline 866-445-5364 (Toll-Free)

8. Suit Against Us. No action can be brought against us unless there has been compliance with the policy provisions and the action is started within one year after the inception of the loss or damage.

However, this one year period is extended by the number of days between the day proof of loss is submitted and the date the claim is denied in whole or in part.

10. Suit Against Us.
No action can be brought against us unless there has been full compliance with all the terms under this policy and the action is started within two years of the date of loss.

However, this two year period is extended by the number of days between the date proof of loss is submitted and the date the claim is denied in whole or in part.

**Exhibit KK: Liberty's Mailed Denial Envelope (Oct. 26, 2025)**



7.  Liberty Mutual mailed this letter containing their August 15, 2025 denial letter *(Exhibit PP)* to Plaintiff's former address on October 26, 2025, one day after Plaintiff posted his review of his former apartment/ BJB on Google Maps.

**Exhibit K: Experian July 17, 2025 Rent Bureau Report for Becovic Application**

8. The following snippets are from Plaintiff's July 17, 2025 Appfolio Rental Application for a Becovic Management apartment application that includes data reported from Experian and BJB via PR Asset Management LLC which reported Plaintiff delinquent on July 16, 2025.





## Rent Payment History  Provided by Experian™ RentBureau™

| Property | Status | Status Date | Move in | Move out | Rent/Original Amt. | Total Outstanding | Payment (2 yr.) | |
|---|---|---|---|---|---|---|---|---|
| PR Asset Management LLC<br>Chicago, IL<br>1935-352-156064 | Paid as Agreed | 07/16/2025 | 2024-05-01 | | $1,495 | $0 | On-time:<br>Delinquent:<br>Write-offs: | 14<br>1<br>0 |

| Property | Status | Status Date | Move in | Move out | Rent/Original Amt. | Total Outstanding | Payment (2 yr.) |
|---|---|---|---|---|---|---|---|

**24 MONTH PAYMENT HISTORY**

| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | ✓ | ✓ |

2025 | 2024

## Landlord-Tenant History

Our criminal and landlord-tenant information is pulled from a variety of sources including databases, and state and county courts across the US.

Please note that reporting of criminal and unlawful detainer records is based upon the identification information we are provided and made available to us and varies according to restrictions placed on reporting by the different court jurisdictions. While AppFolio has applied what it believes are industry best practices in the attempt to accurately match and report information that is legally reportable under the law, we cannot guarantee that the record(s) match(es) definitively belong to the applicant, or that there are not other records associated with the individual that are not included on this report. Because of this, it is highly recommended to cross-check against court records and the applicant supplied information to verify the data prior to making any housing decisions based on this report.

No reportable records found.

**Exhibit HH: Email between Becovic Management and Plaintiff (July 2025)**



M Gmail                                    Brian Crofoot <briancrofoot.9@gmail.com>

**Action Required: Rental History Verification for Brian A. Crofoot**
1 message

Becovic Management Group, Inc. <communications@becovic.mailer.appfolio.us>    Thu, Jul 17, 2025 at 1:58 PM
Reply-To: "Becovic Management Group, Inc."
<093a2e108bd22dfb732d3ff1fd6fb8c7df3fd1e38b42790a1aa5155a6ac2b6a0@becovic.mailer.appfolio.us>
To: briancrofoot.9@gmail.com

Dear Brian,

Thank you for applying to 4520 N Clarendon Ave #702, Chicago, IL 60640!

In order to complete the approval process, we need responses from the rental history contacts you listed. The
landlords that we are awaiting this information from are listed below.

**BJB Properties Do Not Contact**: social@bjbproperties.com / (312) 471-0867

**Forward Management Ken Sinner**: kens@rentfmi.com / (608) 255-3553

Please help speed up this process by encouraging them to respond.

If you have any questions, please feel free to contact us at (773) 271-6143.

Thank you,
Becovic Management Group, Inc.

9.  Becovic's email to Plaintiff requesting a positive referral from BJB for his rental

application.

## Exhibit E: Communications with State Farm, August 2025

10. Plaintiff and his agent with State Farm insurance discussed a new renter's insurance policy for his new residence between August 4-5, 2025. It is a 'dumb rule' that claims follow the person and not the property.

---

**Alissa C Conaty** <alissa.c.conaty.w2xg@statefarm.com>                Mon, Aug 4, 2025 at 4:43 PM
To: Brian Crofoot <briancrofoot.9@gmail.com>

Attached please find that Renters quote.

With the requested coverage, and the Backup Sewer Drain endorsement, the premium would be $183/year or $15.25/month.

(Without the Backup endorsement, it would be $131/year.)

Both Loss of Use and Backup coverage is a percentage of your Personal Property coverage, so you'd have $10,800 in Loss of Use, and $3,600 in Backup coverage, with that $12K in personal property.

Please note, because there is a claim that was opened back in June of this year, you would be required to have a $1,000 deductible.

Take a look at the attached and let me know if you have any questions!

[Quoted text hidden]

---

📄 **Crofoof - Renters Quote.pdf**
245K

---

**Brian Crofoot** <briancrofoot.9@gmail.com>                Mon, Aug 4, 2025 at 8:47 PM
To: Alissa C Conaty <alissa.c.conaty.w2xg@statefarm.com>

Hi Alyssa,

Thanks for the quote.

In June 2025, my apartment was damaged due to water intrusion traced to an improperly installed and unpermitted HVAC unit and associated plumbing above me. The leak affected the wall near the electrical breaker panel, raising potential fire risks due to moisture exposure.

I initially contacted Liberty Mutual—my then-carrier—but their automated system opened a water damage claim against my wishes. They ultimately denied coverage, citing policy exclusions, despite the hazard originating from an unpermitted system I had no control over.

I am now seeking new coverage at my new apartment and wish to fully disclose that the prior carrier denied coverage for structural and contents damage that occurred through no fault of my own. My concern is to ensure I remain insurable and protected moving forward.

Sincerely,

Alissa C Conaty <alissa.c.conaty.w2xg@statefarm.com>    Tue, Aug 5, 2025 at 12:47 PM
To: Brian Crofoot <briancrofoot.9@gmail.com>

Insuring the new property is fine.

It's an dumb rule in our industry, that even if you didn't have a claim covered or paid out (like you called in for something that's actually the landlord's responsibility, or you changed your mind on going thru with the claim), the claim doesn't go away from your LHR (loss history report), and it taken into consideration when quoting a new policy. Claims follow the person, not the property. In this case, since the claim is from the past year, and has a zero payout, you're eligible but with the higher deductible.

One way to potentially remove a claim if it never should have been opened, is disputing through LexisNexis. That might be worth pursuing, since, if you do ever have another claim, that could make you potentially ineligible with some companies for a few years. Unlike auto claims which age off your report after 3 years, home claims stay on your report for 5 years.

Based on your description, the prior incident sounds like something that might not have been covered because renters insurance doesn't cover the unit itself, only your personal belongings. Ideally they could have gone over that without opening a claim.

[Quoted text hidden]

---

Brian Crofoot <briancrofoot.9@gmail.com>    Tue, Aug 5, 2025 at 4:07 PM
To: Alissa C Conaty <alissa.c.conaty.w2xg@statefarm.com>

Thanks for clarifying and explaining. Fortunately with my new apartment, I checked for building permits and did some due diligence as if I were buying a condo.

I want to proceed with purchasing this policy.

Sincerely,

Brian
Cell 440-258-0207
[Quoted text hidden]

---

**Exhibits L: LexisNexis September 15, 2025 CLUE Report**

11. The following are snippets from Plaintiff's September 15, 2025 CLUE Report from LexisNexis.

12. The first entry *(Exhibit L-1)* shows LexisNexis checked Plaintiff's USPS address records on August 15, 2025 – the day before Plaintiff moved out of BJB's 6727 N. Glenwood apartment (Five Day Cascade of Events, First Amended Complaint ¶¶ [24]).

**Exhibit L-1: Plaintiff's CLUE Address Records Excerpt**

## SECTION 2:
## Address Characteristic Record

This section contains property characteristics for the addresses in the Consumer's file.

### RECORD 1   6727 N GLENWOOD AVE C1 APT, CHICAGO, IL 60626 - 4286

| | | | |
|---|---|---|---|
| Vanity City: | CHICAGO | County Name: | COOK |
| Residential or Business: | Residential | College Address: | No |
| Congressional District Number: | 09 | Route Number: | C024 |
| Address Type: | MFDU - Apartment - Multiple Family Dwelling | | |
| Date Last Certified by USPS: | 2025-08-15 | | |

Other Address Details:

| | | | |
|---|---|---|---|
| • Vacancy Indicator: | No | • Dwelling Type: | highrise |
| • Do Not Deliver Status: | No | • Mail Usage: | Residential Central |
| • Delivery Inactive: | No | • Seasonal Indicator: | No |
| • Only Way to Get Mail: | No | | |
| • Mail Drop Indicator: | Neither a Commercial Mail Receiving Agency, Drop Stop, or Simplified Address | | |

*Record 1 Source Details: United States Postal Service 475 L'Enfant Plaza SW Room 4012. Washington, DC 20260-2200 1-800-275-8777*

### RECORD 2   22455 LAKE RD 204A APT, ROCKY RIVER, OH 44116 - 1075

| | | | |
|---|---|---|---|
| Vanity City: | ROCKY RIVER | County Name: | CUYAHOGA |
| Residential or Business: | Residential | College Address: | No |
| Congressional District Number: | 07 | Route Number: | C028 |
| Address Type: | MFDU - Apartment - Multiple Family Dwelling | | |
| Date Last Certified by USPS: | 2025-08-15 | | |

Other Address Details:

| | | | |
|---|---|---|---|
| • Vacancy Indicator: | No | • Dwelling Type: | highrise |
| • Do Not Deliver Status: | No | • Mail Usage: | Residential Central |
| • Delivery Inactive: | No | • Seasonal Indicator: | No |
| • Only Way to Get Mail: | No | | |
| • Mail Drop Indicator: | Neither a Commercial Mail Receiving Agency, Drop Stop, or Simplified Address | | |

*Record 2 Source Details: United States Postal Service 475 L'Enfant Plaza SW Room 4012. Washington, DC 20260-2200 1-800-275-8777*

### RECORD 3   36550 CHESTER RD 703 APT, AVON, OH 44011 - 1098

| | | | |
|---|---|---|---|
| Vanity City: | AVON | County Name: | LORAIN |
| Residential or Business: | Residential | College Address: | No |
| Congressional District Number: | 05 | Route Number: | C011 |
| Address Type: | MFDU - Apartment - Multiple Family Dwelling | | |
| Date Last Certified by USPS: | 2025-08-15 | | |

Other Address Details:

| | | | |
|---|---|---|---|
| • Vacancy Indicator: | No | • Dwelling Type: | highrise |
| • Do Not Deliver Status: | No | • Mail Usage: | NDCBU |
| • Delivery Inactive: | No | • Seasonal Indicator: | No |

**Exhibit L-2: Liberty's Mutual Claim in the CLUE Report**

## SECTION 9:
## Property Insurance Claim Records

This section contains all policy and prior loss history information on related to personal property claims within the Consumer's file. Please contact LexisNexis for source details for records within this section.

**RECORD 1**   **BRIAN CROFOOT**

Total Pages 23 of 84          Page 21          RPT-LNCDR-10-19a

9/15/2025

| | | | |
|---|---|---|---|
| Address: | 6727 N GLENWOOD AVE C01, CHICAGO, IL 60626 - 4286 | | |
| Social Security Number: | | Date of Birth: | 1/XX/1990 |
| Gender: | | Phone: | |
| Property Risk Address: | 6727 N GLENWOOD AVE C01, CHICAGO, IL 60626 - 4286 | | |
| Date of Claim: | 06/16/2025 | Location of Loss: | Unknown |
| Catastrophe Flag: | No - (Claim was not related to recognized catastrophe.) | | |

**Claim Information**

| | | | |
|---|---|---|---|
| Claim Number: | 59611401 | Claim Disposition: | Closed |
| Claim Amount: | 0 | Cause of Loss: | Water Damage |

**Property Claimant Information**

| | | | |
|---|---|---|---|
| • Name: | | • Date of Birth: | X |
| • Social Security Number: | | • Gender: | |
| • Address: | | | |
| • Phone: | | | |

**Policy Information**

| | | | |
|---|---|---|---|
| • Property Insurance Company AMBest Number: | | 013107 | |
| • Policy Number: | H4V24399374070 | • Policy Type: | Tenant |

**Secondary Policyholder Information**

| | | | |
|---|---|---|---|
| • Name: | | • Date of Birth: | X |
| • Social Security Number: | | • Gender: | |

**Mortgage Information**

| | |
|---|---|
| • Company Name: | |
| • Loan Number: | |

*Record 1 Source Details: LIBERTY MUTUAL INS 24001 E. MISSION AVE LIBERTY LAKE, WA 99019 (509) 944-2653*

**13.** This snippet shows what Liberty Mutual reported to LexisNexis regarding Plaintiff's June 2025 claim.

**Exhibit L-3: CLUE Reported to State Farm, August 4, 2025**

```
        C.L.U.E. - COMPREHENSIVE LOSS UNDERWRITING EXCHANGE
                    PERSONAL PROPERTY REPORT
Quoteback: 1334F701    20250804004T8GOOGD1         10474863856
Account:  802013                         Date of Order:   08/04/25
          STATE FARM MUT                 Date of Receipt: 08/04/25
Requestor:                               C.L.U.E. Ref. #: 25216105334547
_____

          RECAP:   RISK -     0 Claim(s) Reported
                   SUBJECT -  1 Claim(s) Reported

---------------------------- SEARCH REQUEST ----------------------------

 Subject #1:          Name: CROFOOT, BRIAN
                      D.O.B.: 01/XX/XX  SSN: XXX-XX-XXXX  Sex:
                      Telephone:

 Risk Address:        4180 N MARINE DR APT 1501
                      CHICAGO          IL    60613-2217

--------------------- REPORTED CLAIM HISTORY FOR SUBJECT ---------------------
Reported loss history with identification information that is underlined may
not apply to this subject(s) and should be verified prior to use. This report
is not a recommendation. Subscriber should independently determine what
action, if any, to take.
_____
            ---CLUE File#--- AMBEST# ---Claim Number--------
 Claim      -Policy Type & Company-   -----Policy Number----- Cause   Amount
Date/Age    ----------------Insured/Risk Address------------- of Loss  Paid
_____

   1        2518351270047561  13107   59611401               WATER/C    0
06/16/25    T LIBERTY MUT PERSONAL    H4V24399374070
            - -------------------    --------------------
00yr-01mo   *CROFOOT, BRIAN (INSRD)

            6727 N GLENWOOD AVE APT C01
            CHICAGO          IL    60626-4286
            DOB: 01/XX/XX  Sex:         SSN: XXX-XX-XXXX
                                             -----------
            Telephone:
            Mortgagee:
            Loan #:

------------- Prepared by: COMPREHENSIVE LOSS UNDERWRITING EXCHANGE -----------
                    a LexisNexis company

     C.L.U.E. is a registered trademark of LexisNexis Risk Solutions Inc.
```

14. This details LexisNexis' August 4, 2025 report to State Farm of the denied June 2025 claim from Liberty Mutual.

## Exhibit N: Credit Control Services Debt Demand

Credit Collection Services
P.O. Box 607 Norwood, MA 02062-0607
(617) 581-1076 from 8am to 8pm EST, Monday to Friday
www.ccspayment.com

To:   BRIAN CROFOOT
6727 N GLENWOOD AVE APT C01
CHICAGO, IL 60626

08/30/25

Reference: 05017118492 (PIN: 68109)

**Credit Collection Services is a debt collector.** We are trying to collect a debt that you owe to LIBERTY MUTUAL. We will use any information you give us to help collect the debt.

**Our Information Shows:**

You had an account with LIBERTY MUTUAL with account number H4V-243-993740-7025.

| | | |
|---|---|---|
| As of August 08, 2025, you owed: | $ | 18.16 |
| Between August 08, 2025 and today: | | |
| You were charged this amount in interest: | +$ | 0.00 |
| You were charged this amount in fees: | +$ | 0.00 |
| You paid or were credited this amount toward the debt: | -$ | 0.00 |
| Total amount of the debt now: | $ | 18.16 |

**How can you dispute the debt?**

- **Call or write to us by October 07, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by October 07, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.ccspayment.com.

**What else can you do?**

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by October 07, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.ccspayment.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

✂ ------------------------------------------------------------

**Mail this form to:**
Credit Collection Services
P.O. Box 607
Norwood, MA 02062-0607

BRIAN CROFOOT
6727 N GLENWOOD AVE APT C01
CHICAGO, IL 60626

**How do you want to respond?**

*Check all that apply:*

☐ **I want to dispute the debt because I think:**
    ☐ This is not my debt.
    ☐ The amount is wrong.
    ☐ Other (please describe on reverse or attach additional information)

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount: $** _____

Make your check payable to LIBERTY MUTUAL
Include the reference number 05017118492

15. Credit Control (Collection) Services issued this debt demand via text message to Plaintiff on August 30, 2025.

**Exhibit O: Hunter Warfield's Debt Demand**

**HUNTER WARFIELD**

BRIAN A CROFOOT
6727 N GLENWOOD APT C1
CHICAGO, IL 60626

4620 Woodland Corporate Blvd
Tampa, FL 33614
Toll Free 844-440-2806
M-Th 8am-9pm, F 8am-8pm EST

Reference: 10172722

09/09/25

**Hunter Warfield is a debt collector. We are trying to collect a debt that you owe to BJB PROPERTIES, INC. We will use any information you give us to help collect the debt.**

**Our information shows:**

You had an account from BJB PROPERTIES, INC with account number .

| | |
|---|---|
| As of 08/17/25, you owed: | $1,607.25 |
| Between 08/17/25, and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | $1,607.25 |

Notice: See reverse side for important information.

**How can you dispute the debt?**
- Call or write to us by 10/24/25, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by 10/24/25, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.payhwi.com.

**What else can you do?**
- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by 10/24/25, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.payhwi.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:

Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614

BRIAN A CROFOOT
6727 N GLENWOOD APT C1
CHICAGO, IL 60626

**How do you want to respond?**
Check all that apply:
- ☐ I want to dispute the debt because I think:
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ I want you to send me the name and address of the original creditor.
- ☐ I enclosed this amount: $_____

Make your check payable to
**Hunter Warfield**
Include the reference number
10172722

☐ Quiero este formulario en español.

12114224/PND1/30834125

**16.** Hunter Warfield issued this debt demand to Plaintiff via email on September 9, 2025.

## Exhibit M-1: Snippets of Plaintiff's October 7 Experian Credit Report

17. The following are snippets of Plaintiff's traditional credit report from Experian.

**Exhibit M.1.1: Experian Credit Report Cover Page**

Prepared For

**BRIAN CROFOOT**

**Personal & Confidential**

Date Generated  Oct 7, 2025

Report Number  2458-8267-10

### About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

### Your dispute results are currently not available online.

### If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. 'Cancer Center') that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Messages from Your Experian Specialist

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

**Your Credit Report** At a Glance    19 Accounts    0 Public Records    2 Hard Inquiries

### Personal Information

3 Names    11 Addresses    1 SSN Variations    0 Employers    4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

18. The previous two snippets document Experian's findings from Plaintiff's September 24, 2025 dispute letter *(Plaintiff's Dispute Letters, Exhibit M-1).*

**Exhibit M.1.2: Experian Credit Report Soft Inquiries**

| CREDIT KARMA | CREDIT KARMA INC | DISCOVER | EXPERIAN |
|---|---|---|---|
| Inquired on 10/04/2025, 10/01/2025, 09/28/2025, 09/25/2025, 09/20/2025, 09/17/2025, 09/13/2025, 09/10/2025, 09/06/2025, 09/03/2025, 09/01/2025, 08/27/2025, 08/16/2025, | Inquired on 08/04/2025, 05/16/2025, 05/02/2025 and 04/21/2025<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 | Inquired on 08/05/2025<br><br>2500 LAKE COOK RD, RIVERWOODS IL 60015<br>(877) 728-3030 | Inquired on 10/04/2025, 09/27/2025, 09/26/2025, 09/20/2025, 09/13/2025, 09/06/2025, 09/04/2025, 08/30/2025, 08/23/2025, 08/16/2025, 08/09/2025, 08/02/2025, 07/26/2025, |
| 08/14/2025, 08/09/2025, 08/06/2025, 08/02/2025, 07/30/2025, 07/27/2025, 07/23/2025, 07/19/2025, 07/16/2025, 07/12/2025, 07/09/2025, 07/05/2025, 07/02/2025, 06/29/2025, 06/25/2025, 06/21/2025, 06/18/2025, 06/14/2025, 06/11/2025, 06/07/2025, | | | 07/19/2025, 07/12/2025, 07/05/2025, 06/28/2025, 06/21/2025, 06/14/2025, 06/07/2025, 05/31/2025, 05/24/2025, 05/17/2025, 05/10/2025, 05/03/2025, 04/26/2025, 04/19/2025, 04/12/2025, 04/05/2025, 03/29/2025, 03/22/2025, 03/15/2025, 03/08/2025, |

19. This snippet shows a series of soft inquiries made by several parties. Notably Experian and Credit Karma made inquiries on July 19, 2025 and August 16, 2025, the days Plaintiff paid BJB $1,607 and moved out, respectively.