

**BC**

FILED
3/20/2026
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

VW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN A. CROFOOT, | ) | |
| *Plaintiff,* | ) | **Case No.:** 1:26-cv-00672 |
| | ) | |
| v. | ) | **Judge:** Jeffrey I. Cummings |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| BJB PROPERTIES, INC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| HUNTER WARFIELD, INC., AND | ) | |
| CREDIT CONTROL SERVICES, INC., | ) | |
| *Defendants.* | ) | |

# Plaintiff's Notice of Filing:

# Third Party Interference (Exhibit F)

## I. TO THE HONORABLE JUDGE AND JURY:

1. Plaintiff Brian Crofoot, pro se, submits the following to the Court as **Exhibit F.** Several third parties acted adversely to Plaintiff which details professional and social harm. Filed as cited in the First Amended Complaint. ***Exhibits F-4 through F-12*** demonstrate post-filing retaliation and interference with protected federal activity. ***Exhibit F-S-1*** is included to supplement and preserve the record.

2. Respectfully submitted,

*s/ Brian A. Crofoot*          **Dated:** March 20, 2026          **Email:** crofoot.bc@gmail.com

## II. Table of Contents

I. TO THE HONORABLE JUDGE AND JURY:                                    1

II. Table of Contents                                                  2

Exhibit F-1: Professional Engineering License Exam Information         3

Exhibit F-2: Federal Background Check Form Snippet                     4

Exhibit F-3: Email between Plaintiff and HMO, Nov. 11, 2025            5

Exhibit F-4: Emails between Plaintiff and Suzanne Malec-McKenna, Jan. 9, 2026    6

Exhibit F-5: Email between Plaintiff and Management, Jan. 23, 2026     8

Exhibit F-6: Email from Suzanne Malec-McKenna, Jan. 23, 2026          9

Exhibit F-7: Plaintiff's Recusal Email and Managers' Denial, Feb. 13, 2026     10

Exhibit F-8: Grey "Malicious Insider" Actions Training                11

Exhibit F-9: Emails between Plaintiff and Chris Antonopoulos, Mar. 9, 2026      12

Exhibit F-10: Chris Antonopoulos' Email to IDPH, Jan. 20, 2026       14

Exhibit F-11: IDOI Letter to Process Server Headquarters, Feb. 4, 2026         15

Exhibit F-12: IDOI's Findings Letter into Liberty Mutual, Aug. 27, 2025        16

Exhibit F–S-1: Emails between Plaintiff and Chris Antonopoulos, Mar. 16, 2026   17

**Exhibit F-1: Professional Engineering License Exam Information**

3. This image from the Charlotte Observer's June 26, 2025 article written by Bryce Welker, How Long to Study for the PE Exam? A Detailed Guide, shows that it typically takes 300 hours to study for the PE (Professional Engineer) exam. The PE Exam is a rigorous 9 hour long exam required for licensure.

(https://www.charlotteobserver.com/careers-education/how-long-to-study-for-the-pe-exam/#wp--skip-link--target)

**Exhibit F-2: Federal Background Check Form Snippet**

| Standard Form 85P<br>Revised December 2017<br>U.S. Office of Personnel Management<br>5 CFR Parts 731, 732, and 736 | **QUESTIONNAIRE FOR**<br>**PUBLIC TRUST POSITIONS** |
|---|---|

**Section 24** - *Financial Record* - *(Continued)*

24.7    Other than previously listed, have any of the following happened?    ○ YES    ○ NO

- **In the last seven (7) years**, you had any possessions or property voluntarily or involuntarily repossessed or foreclosed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years**, you defaulted on any type of loan? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years**, you had bills or debts turned over to a collection agency? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years**, you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years**, you were evicted for non-payment?
- **In the last seven (7) years**, you had wages, benefits, or assets garnished or attached for any reason?
- **In the last seven (7) years**, you were over 120 days delinquent on any debt not previously entered? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- You are currently over 120 days delinquent on any debt? (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor).

4.    This snippet from the Federal Government's Background Questionnaire for Public Trust Positions (OPM Form 85P, Section 24) shows that debt collection activity is considered a security issue for federal clearance. Professional competence and demonstrations of financial responsibility are important clearance considerations.

*Plaintiff's Notice of Filing: Third Party Evidence  Page 4*

**Exhibit F-3: Email between Plaintiff and HMO, Nov. 11, 2025**



Gmail                                          Brian Crofoot <briancrofoot.9@gmail.com>

**Cook County Employee Getting the Run Around Scheduling Physical**
1 message

**Brian Crofoot** <briancrofoot.9@gmail.com>                    Tue, Nov 11, 2025 at 8:28 AM
To: patientfeedback@cookcountyhhs.org

Hello,

I began working for Cook County Offices Under the President on May 5, 2025. On September 30, I tried scheduling a physical but your customer service representatives refused scheduling me for a physical and refused to assign a Primary Care Provider (PCP) to me. They cited no one was available and accepting new patients. Under the SEIU union contract, I am required to be on the Blue Advantage HMO plan listing your organization as the Health Maintenance Organization (HMO) until December 2026.

I don't have a PCP, so according to Blue Cross Blue Shield, I am on my own. If I do not have a PCP or your organization's written blessing referring someone else to do the physical, I must pay for all expenses myself without coverage. Blue Cross' website is broken and won't let me view accurate information of PCPs. They deferred back to your organization and the County's Human Resources Bureau.

Because you are my HMO and are receiving my premiums, I would like to schedule a physical as soon as possible. On June 27, 2025, I had an annual spirometry test that documented a 6% decline in lung function. I'd like to talk with a physician, nurse practitioner, or similar professional to get the injury evaluated. I'd also like to discuss a documented anxiety disorder (2020 & 2023) and a peroneal tendon injury. I believe my lung injury is temporary and consistent with Sick Building Syndrome from my former apartment.

Due to pending federal litigation against those who caused my injuries, I hope you'll take my request seriously.

I'll be following up this email with a certified letter.

Sincerely,

Brian Crofoot
440-258-0207

5. During late September through October 2025, Plaintiff requested a physical. This email

culminates the extensive conversations between Plaintiff, his HMO, Cook County Health,

and his employer's health insurance company, Blue Cross Blue Shield. Plaintiff has not been

able to receive a physical. The HMO and Blue Cross continue to deny treatment and

coverage.

**Exhibit F-4: Emails between Plaintiff and Suzanne Malec-McKenna, Jan. 9, 2026**

From: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
Sent: Friday, January 9, 2026 9:10 AM
To: Suzanne Malec-McKenna (Environment and Sustainability) <Suzanne.Malec-Mckenna@cookcountyil.gov>
Subject: Quick FYI - My FEMA Civilian Reservist Status

Dear Suzanne,

Hope you're doing well.

Just wanted to let you know that I'm a Civilian Reservist with FEMA (Disaster Response / Recovery). Its part-time / volunteer, but it involves federal training and deployment readiness with a minimal time commitment. Thought it was worth mentioning as background.

Happy to discuss if needed,.

Best regards,

Brian



**COOK COUNTY**
**DEPARTMENT OF**
**Environment &**
**Sustainability**

**Brian Crofoot, EIT**
Environmental Engineer II
Department of Environment and Sustainability
Office: (312) 603-8210

**From:** Suzanne Malec-McKenna (Environment and Sustainability) <Suzanne.Malec-Mckenna@cookcountyil.gov>
**Sent:** Friday, January 9, 2026 11:37 AM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Cc:** Kevin Schnoes (Environment and Sustainability) <Kevin.Schnoes@cookcountyil.gov>;
Brian Daly (Environment and Sustainability) <Brian.Daly@cookcountyil.gov>
**Subject:** Re: Quick FYI - My Civilian Reservist Status

That is really interesting, Brian - important during these times of climate impact and resilience. Would love to learn more of projects you have worked on. Date, location, issue, role. One line each. Simple but informative. Please keep Kevin and Brian Daley in this loop as well.

Thanks!

 **COOK COUNTY** DEPARTMENT OF Environment & Sustainability

**Suzanne Malec-McKenna, Ph.D.**
Director
Suzanne.Malec-McKenna@cookcountyil.gov

6. This conversation details Plaintiff's disclosure of his status as an unpaid volunteer with FEMA for disaster response and recovery to his Director, Suzanne Malec-McKenna, with Cook County Department of Environment and Sustainability, who responded with suspicion.

7. On Jan. 12, 2026, Plaintiff was reassigned after investigating a complaint regarding an unpermitted demolition at a school in Cicero, Illinois.

**Exhibit F-5: Email between Plaintiff and Management, Jan. 23, 2026**

**From:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Sent:** Friday, January 23, 2026 9:03 AM
**To:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Cc:** Jacqueline Diaz (Environment and Sustainability) <Jacqueline.Diaz@cookcountyil.gov>; Daveoone Croom (Environment and Sustainability) <Daveoone.Croom@cookcountyil.gov>; Carl Underwood (Environment and Sustainability) <carl.underwood@cookcountyil.gov>; Michael Barbieri (Environment and Sustainability) <Michael.Barbieri@cookcountyil.gov>
**Subject:** Re: RE: CCT

Dear Chris (and CC'd members),

Thank you for the policy reference.
My sick day request for January 21 and 22 (and ongoing) is due to legitimate health reasons (ongoing barriers to care from HMO/Blue Cross denial, tied to documented respiratory impacts from the incident). This is consistent with Department policy and Illinois law allowing sick leave for health issues.

To clarify: The Department's prior precedent (November agreement with previous supervisor allowing ~2 office days/week during winter slowdown due to light field work) was not followed in this denial. If winter slowdown is no longer a valid consideration for scheduling/leave, please provide written clarification so I can review with my union rep and/or HR.

Regarding your prior verbal demand for entry into active asbestos containment zones: Containment zones are high-risk environments. I will not enter without proper PPE, training, medical clearance, and written clarification on the policy requiring such entry (inspectors typically conduct safe-distance observations from public right-of-way and other cleared locations per OSHA/IDPH protocols). Please provide written policy clarification so I can review with my union rep and/or HR.

The federal complaint I filed on January 19 (Case No. 1:26-cv-00672, stamped version attached) includes my protected federal rights. I submitted a courtesy copy to you and Suzanne on Tuesday in the spirit of transparency. The timing and pattern of recent actions appear retaliatory:
- Public "fraud" accusation over my IDPH license on January 15 in front of several witnesses
- 2–3/5 review downgrade immediately after filing
- Containment push (unsafe assignment)
- Disparate treatment (Liz summoned alone for "talk" on January 20)
- Sick leave denial + adverse action threats for taking additional time off
- Additional "Interesting" communications

I will be discussing these matters with my union rep.

Thanks,
Brian Crofoot
CC: Daveoone, Mike
Attach: Stamped complaint PDF from PACER

8. Plaintiff's response to his new manager Christopher Antonopoulos's denial of leave and new requirements (Jan. 12 was Chris' first day; Jan. 15 was Plaintiff's office day). Carl Underwood was no longer employed at DES shortly after this email.

**Exhibit F-6: Email from Suzanne Malec-McKenna, Jan. 23, 2026**

**From:** Suzanne Malec-McKenna (Environment and Sustainability) <Suzanne.Malec-Mckenna@cookcountyil.gov>
**Sent:** Friday, January 23, 2026 7:01:44 PM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Cc:** Daveoone Croom (Environment and Sustainability) <Daveoone.Croom@cookcountyil.gov>
**Subject:** EEO Submission

Dear Brian,

I want to let you know I am aware of the concerns you raised this week. I take matters like this very seriously. As such, I have notified the Cook County Equal Employment Opportunity (EEO) Office.

The EEO Office will likely reach out to you with next steps. I will keep you posted as appropriate.

Have a good weekend.

Suzanne


**COOK COUNTY**
DEPARTMENT OF
Environment &
Sustainability

**Suzanne Malec-McKenna, Ph.D.**
Director
Suzanne.Malec-McKenna@cookcountyil.gov

9. This conversation occurred immediately after the preceding conversation with Plaintiff's manager Christopher Antonopoulos. Subsequent to this conversation, Plaintiff has been isolated from his colleagues per the annual review. The EEO has not reached out to Plaintiff.

**Exhibit F-7: Plaintiff's Recusal Email and Managers' Denial, Feb. 13, 2026**





**10.** Plaintiff requested recusal on a citation for an unpermitted garage demolition. Plaintiff's request was rejected on the same day IDOI and Illinois Attorney General's office rejected service on Liberty Mutual *(Ex. F-11)*. Suzanne Malec-McKenna rejected with, *"Mail Away."* Google's Gemini summarized the email conversation for context.

**Exhibit F-8: Grey *"Malicious Insider"* Actions Training**

**From:** Cook County Learns <admin.adobe@cookcountyil.gov>
**Sent:** Friday, February 13, 2026 2:00 AM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Subject:** Course Enrollment: Gray Areas: Actions That Could Make You Look Like a Malicious Insider 2026

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Cook County Government



**Course Enrollment**

Cook County Learns!                    the learning management system for Cook County Government

Hello Crofoot Brian,
You have been auto-enrolled into the Course  Gray Areas: Actions That Could Make You Look Like a Malicious Insider 2026 by your organization. The deadline for completion is Friday 27 March 2026.

Please sign in to Cook County Learns! to review further details and ensure compliance.
Account URL:https://learningmanager.adobe.com/cookcountygovernment

Thanks,
The Support Team for Cook County Learns!

**11.** Plaintiff received this February 13, 2026 email informing him that he was selected by

Human Resources to complete a short training course on using AI at work.

**Exhibit F-9: Emails between Plaintiff and Chris Antonopoulos, Mar. 9, 2026**

---

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Monday, March 9, 2026 2:04:35 PM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Subject:** RE: SOP reminder

Hi Brian,

Last week I spent some with reviewing your inspection reports and time/milage reports.

- I noticed that you have overdue time/milage reports. At this point I don't see any entries for 2/13, 2/27, 2/19, 2/25, 2/26, 2/27, 3/2, and 3/3. As a reminder, all mile/milage reports are to be submitted in OnBase within 2 days and should include start/end shift, lunch, breaks, inspections, and report writing. Also, on 2/24, and 2/26 these time/milage reports seem incomplete, lacking adequate entries.

- Reports submitted in OnBase on 2/23 (19908515 and 19909481), 2/24 (19910114), and 2/26 (19908222) don't mention notifying asbestos site supervisor upon arrival. As a reminder, we need to document this during inspections.

Please take some time to update your time/milage reports listed above and get caught up with March. Going forward remember to also contact the asbestos contractor when you arrive onsite for inspections. If you have any questions, please let me know.

Thank you,

 **COOK COUNTY** DEPARTMENT OF **Environment & Sustainability**

**Chris Antonopoulos**

**Manager, Engineering Services**

O: (312) 603-8215

From: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
Sent: Monday, March 9, 2026 3:15 PM
To: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
Subject: Re: RE: SOP reminder

Chris,

For the record, OnBase has a software bug that affects only me that prevents me from entering my time and mileage most of the time and that I have to manually work around the bug. This seems retaliatory due to my federal whistleblowing activity -- occurred immediately after the judge dismissed without prejudice. An amended complaint may include retaliatory actions.

Brian

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

From: Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
Sent: Monday, March 9, 2026 3:02:54 PM
To: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
Subject: Re: RE: SOP reminder

Noted. Asbestos inspections only from now on. I will ensure a phone call occurs every inspection.

Brian

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**12.** This case was dismissed without prejudice on Friday, March 6, 2026. Chris Antonopoulos wrote a disciplinary email on March 9, 2026 documenting several *"serious"* performance issues regarding Plaintiff's daily time and mileage reports from February. In June/July 2025, Plaintiff's previous manager and colleagues documented the OnBase software bug to the Bureau of Technology. The fix is to modify the source code to change privileges for new employees to the Asbestos/ Demolition Division. During a February 11, 2026, transition meeting with Chris and Renante Marante (previous manager), they discussed this bug. Management decided not to fix it due to costs and OnBase's imminent replacement.

**Exhibit F-10: Chris Antonopoulos' Email to IDPH, Jan. 20, 2026**

## Subject: RE: RE: IDPH Asbestos

 **DPH.Asbestos** <Dph.Asbestos@illinois.gov>      🖉 Jan 23, 2026, 1:41 PM
to Christopher Antonopoulos (Environment and Sustainability) ▾

We have received an inquiry and are working on it.
We cannot release licensing information without an authorization from the licensee.
Please ask the licensee to complete the attached blank authorization release form and return with a copy of their government issued photo id card if they want to give permission to release their information.

Thanks, DPH.Asbestos@Illinois.gov

From: Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
Sent: Tuesday, January 20, 2026 11:35 AM
To: DPH.Asbestos <Dph.Asbestos@Illinois.gov>
Subject: [External] RE: IDPH Asbestos

Hello,

I called last week and left a message in the general mailbox (217)-782-3517 and have not heard back from anyone. I would like a call back regarding an asbestos inspector (Brian Crofoot) who works for the us at Cook County Department of Environment and Sustainability.

Thank you,
Chris

 **COOK COUNTY**
DEPARTMENT OF
Environment &
Sustainability

**Chris Antonopoulos**
Manager, Engineering Services
Office of the President
O: (312) 603-8515

13. Chris Antonopoulos emailed the Illinois Department of Public Health (IDPH) regarding Plaintiff's Asbestos Inspector license on January 20, 2026. On October 29, 2025, the IDPH issued Plaintiff an inspector license which included a picture of five kittens.

**Exhibit F-11: IDOI Letter to Process Server Headquarters, Feb. 4, 2026**

**Illinois Department of Insurance**

JB PRITZKER
Governor

ANN GILLESPIE
Director

February 4, 2026

ABC Legal Services, Inc.
633 Yesler Way
Seattle, WA 98104

RE: 1:26-cv-00672 Brian Alan Crofoot v. Liberty Mutual Personal Insurance Company

In response to your recent request, please be advised that the Director of Insurance is appointed as agent for Service of Process by all foreign and alien insurance companies authorized to do business in the State of Illinois as well as by all domestic reciprocals and fraternal benefit societies. Service upon the Director as agent can be had through any proper means by **delivering duplicate copies of all process accompanied by a $40 fee payable to the Illinois Department of Insurance.**

The Director of Insurance is not authorized to accept Service of Process for other domestic insurance companies nor for insurance producers licensed to do business in the State of Illinois.

The attached documents are being returned to you for the reasons checked below:

☐ Service is being attempted upon a domestic insurer for which the Director is not appointed as agent for service.

☐ Service is being attempted upon an insurance producer or other entity for whom the Director is not appointed as agent for service. **Director is agent for only the Illinois courts.**

☒ Duplicate copies of **all process** were not provided. **215 ILCS 5/112**

☐ The statutory $40 fee payable to the **Illinois Department of Insurance** for each company served did not accompany the process. **215 ILCS 5/408 (4)**

☐ No record of company by this name. Please provide company's entire legal name.

☐ Service is being attempted upon a "group". Please indicate specific company.

If a response is necessary, please send to address shown below to the attention of Corporate Regulatory.

Illinois Department of Insurance
320 West Washington St
Springfield, IL 62767-0001

AG:MS:KS

320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515
http://insurance.illinois.gov

**14.** Originally filed with the request to serve Liberty's President (Feb. 16, 2026) included herein to reorganize evidence. The Illinois Attorney General's office was included on the letter.

**Exhibit F-12: IDOI's Findings Letter into Liberty Mutual, Aug. 27, 2025**



# Illinois Department of Insurance

J. B. Pritzker
**Governor**

Ann Gillespie
**Director**

August 27, 2025

Brian A Crofoot
4180 N Marine Dr, 1501
Chicago IL 60613

Case number:  Complaint number: 01007017
Company:     Liberty Mutual Personal Insurance Company

Dear Brian A Crofoot:

Enclosed is a copy of the reply the Department of Insurance has received from the above-named company regarding your complaint.

While we understand that this is not the outcome you were seeking, please be assured the Department has reviewed all the information related to your complaint and no violations of the Illinois Insurance Code were identified. Every effort has been made to assist you within the limits of our statutory authority.

The Department appreciates the opportunity to provide this information. If the Department can be of any further assistance, we encourage you to visit our website at http://insurance.illinois.gov/ or contact the Department toll free at the number listed below.

Sincerely,

Consumer Services Section
(866) 445-5364
DOI.Complaints@illinois.gov

15. Plaintiff received this letter from the IDOI via email on August 27, 2025 which attached *Marquee Exhibit D, docket entry 14.* Plaintiff provided Boychuck's July 25 letter to the IDOI during the investigation.

**Exhibit F–S-1: Emails between Plaintiff and Chris Antonopoulos, Mar. 16, 2026**

---

**From:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Sent:** Monday, March 16, 2026 10:51 AM
**To:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Subject:** Re: RE: Department policy

Then is it possible that I skip lunch breaks? Am I under disciplinary action?



**Brian Crofoot, EIT**
Environmental Engineer II
Department of Environment and Sustainability
Office: (312) 603-8210

*Sign up for our newsletter* to receive email updates
Follow Cook County Government on Facebook | X | Instagram
Follow Toni Preckwinkle on Facebook | X | Instagram

---

**From:** Christopher Antonopoulos (Environment and Sustainability) <christopher.antonopoulos1@cookcountyil.gov>
**Sent:** Monday, March 16, 2026 10:50 AM
**To:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
**Subject:** RE: Department policy

Brian,

I was reviewing you time and milage reports and noticed on 3/4,3/5, and 3/6 you were taking your lunch breaks too late in the day. Refer to policies for the Department of Environment and Sustainability (DES) #4, which states lunch and breaks must be taken during the day, between 11:00 a.m. and 2:00 p.m. for collective bargaining employees. Please follow DES policies regarding this going forward.



**Chris Antonopoulos**
Manager, Engineering Services
O: (312) 603-8215

> **From:** Brian Crofoot (Environment and Sustainability) <Brian.Crofoot@cookcountyil.gov>
> **Sent:** Monday, March 16, 2026 11:15 AM
> **To:** Christopher Antonopoulos (Environment and Sustainability)
> <christopher.antonopoulos1@cookcountyil.gov>
> **Subject:** Re: RE: Department policy
>
> Chris,
>
> For the record, your emails are considered to be disciplinary in nature which comes 1
> business day after I mentioned your adverse activity in my First Amended Complaint,
> Crofoot v. Liberty Mutual et al (ND Ill. 1:26-vc-00672). In my complaint, I allege that
> associates of you and the Director shared my confidential insurance claim file with my
> former landlord who covered up a sewage drenched electrical panel in a multi-residential
> building above a 2 inch gas main located 80 ft of the CTA Red and Purple lines.
>
> DES has used all similar emails against me in evaluating my performance.
>
> My amended complaint listed adverse employment actions due to protected federal
> activity as Exhibit F. I notified you prior to filing of the amended complaint that these
> actions may be included in the complaint. But you have tripled down.
>
> The pattern of pre-filing and post filing adverse employment actions including your fraud
> screams infront of witnesses on Jan 15, and the Director's requirements on Feb 19, the
> EEOC's and Union's declining involvement, indicate interference with my protected activity.
>
> Other DES staff members often take their lunches at the end of the day and leave before
> their scheduled clock-out times. I stay and clock out properly. Many places on the south
> side do not have restrooms to use. I strive to clock out at Maywood.
>
> Brian

16. Christopher Antonopoulos imposed informal discipline on March 16, 2026 regarding

Plaintiff's taking lunch break at end of shift contrary to DES policy.