## James P. DuChateau

| | |
|---|---|
| **From:** | Brian <crofoot.bc@gmail.com> |
| **Sent:** | Saturday, March 28, 2026 5:00 PM |
| **To:** | Brandt T. Miller |
| **Cc:** | James P. DuChateau |
| **Subject:** | Re: Crofoot v. Liberty Mutual, et al. (26-cv-00672) Request for Pleadings Extension |
| **Attachments:** | Crofoot v Liberty Mutual 2026 Marquee Exhibits - PACER.pdf |

Dear James DuChateau and Brandt Miller,

Thank you for your email.

The First Amended Complaint **(42 pages)** was filed and served two weeks ago on March 13. Liberty Mutual never responded to the original Complaint. Suzanne Malec-McKenna, the Illinois Attorney General, and Illinois Department of Insurance aided Liberty in avoiding service and continue to conduct adverse actions against me on behalf of your client. Under Federal Rule of Civil Procedure 15(a)(3), the deadline to answer or otherwise respond to the Amended Complaint is 14 days after service. Liberty Mutual is already in default.

My settlement demand remains **$4,275,000,000** lump-sum global (with **$2.5 billion** specifically allocated to Liberty Mutual). The First Amended Complaint increased the Prayer for Relief by an additional $6.6+ million, which is now fully reflected. This is reasonable based on the harms and circumstances documented in the complaint and evidence, and what a Jury may award.

Full release upon payment. No gags, no non-cooperation clauses, no confidentiality except the amount. Facts are public.

If that works, send proposed terms immediately.

Otherwise, discovery proceeds and the scheduled end-of-April hearing will be very interesting. Additional Plaintiffs are lurking.
Once I hire an attorney, your client & co-defendants will pay the additional price.

*A Jury will love me.*

Additionally, the condescending tone in your email is noted — it has been added as a **$50 million stupidity tax** to Liberty's share. **Further delays or extensions will add $1 million per day** to Liberty's share.

Have a great weekend.

Brian Crofoot


On Fri, Mar 27, 2026 at 2:11 PM Brandt T. Miller <Brandt.Miller@heplerbroom.com> wrote:

> Good afternoon, Mr. Crofoot,

My name is Brandt Miller, and I am one of the attorneys representing Liberty Mutual in your pro se lawsuit against Liberty Mutual Personal Insurance Company ("Liberty Mutual") and other defendants, currently pending in the U.S. District Court for the Northern District of Illinois. Your amended complaint was filed with the Court on March 12, 2026. Pursuant to the operation of Federal Rule of Civil Procedure 12(a)(1)(A)(i), Liberty Mutual is due to file a responsive pleading on April 2, 2026.

Given the extent of the pleadings and allegations at issue in the amended complaint, Liberty Mutual is in need of more time to review the relevant and necessary materials to utilize in its response and prepare said response, and will be accordingly filing a motion requesting an extension of time for its responsive pleading of forty-five (45) days with the Court. Pursuant to the standing order of the assigned judge, Judge Jeffrey Cummings, regarding motion practice, the movant filing a motion must confer and ask the opposing side whether there is an objection to the motion.

Therefore, do you have any objection to Liberty Mutual's Motion for an Extension of Time to Answer or Otherwise Plead in regard to your amended Complaint? This extension would set the date for Liberty Mutual's responsive pleading to May 18, 2026. Please advise when you are able and I will make note accordingly in the motion whether it is opposed or unopposed. If you intend to oppose it, please state your basis and indicate whether you intend to file a written response to our motion as well, and I will incorporate that into Liberty Mutual's motion.

Thank you,

Brandt Miller



**Brandt T. Miller**
**Licensed in Illinois**
Brandt.Miller@heplerbroom.com
Phone: 312-205-7741 Fax: 312-230-9201
70 W Madison Street, Suite 2600, Chicago, IL 60602
www.HeplerBroom.com | Bio | vCard

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. In compliance with the IRS, any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here. Email communication is not a secure method of communication. Please contact me immediately if you want future communications to be sent via a different medium.

3