

**BC**

FILED
5/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRIAN ALAN CROFOOT,　　　　　　 )

　　　　　　　　 *Plaintiff,*　　 )

　　　　　　　　　　　　　　　　 )

v.　　　　　　　　　　　　　　　 )

　　　　　　　　　　　　　　　　 )

LIBERTY MUTUAL PERSONAL　　　 )

INSURANCE COMPANY, ET AL.　　 )

　　　　　　　　 *Defendants.*　 )

**Case No.:** 1:26-cv-00672

**Judge:** Jeffrey I. Cummings

## Plaintiff's Notice of Filing: Revised Exhibit H-2

## I. TO THE HONORABLE JUDGE AND JURY:

1. Plaintiff Brian Alan Crofoot, proceeding pro se, respectfully files this **Revised Exhibit H-2** as a supplement to the original Exhibit H-2 filed on February 24, 2026.

2. This revised version is the mechanical schematic and engineering analysis of the alleged association-in-fact enterprise. It demonstrates coordinated activity and the closed-loop structure of the enterprise through traceable financial flows and system-efficiency calculations. It demonstrates how the enterprise unjustly enriches itself via forensic financial engineering analysis.

3. Respectfully submitted,

*Brian a Crofoot*

/s/ Brian Alan Crofoot, Pro se

**Date:** May 15, 2026

**Email:** crofoot.bc@gmail.com

# EXHIBIT H-2: Engineering Analysis and Schematic of the Alleged Association-in-fact Enterprise

*Prepared by: Brian Crofoot, May 15, 2026.*

---

## SYSTEM OVERVIEW

**System Type:** Closed-Loop Wealth Extraction Engine

**Operating Principle:** Negative-Sum Extraction Through Circular Enrichment

**Fuel Source:** Consumer Rent + Insurance Premiums

**Primary Output:** False Reports → Economic Harm → Increased Revenue

**System Efficiency: $\eta$ = -213%** (Destroys \$2.13 for every \$1.00 extracted)

(The system extracts value while generating net negative economic output)

---

# DETAILED MECHANICAL SCHEMATIC





Exhibit H-2: The Mechanical Schematic of the Enterprise  Page 4



```
Methods:                    Methods:
• Email threats            • Text threats
• Credit threats           • Credit threats
• Mail harassment          • Mail harassment

Commission: 25-40%         Commission: 25-40%
= $401-643                 = $4.50-7.20
```

**OUTPUT STAGE**
(Victim Economic Harm)

```
  PLAINTIFF FORCED
  TO PAY MORE:

  Rent: +$350/mo
  Insurance: +$16
         /mo
  Deductible: +$0
        → $1,000

  Annual Increase:
  $4,392/year
```

**FEEDBACK LOOP**
(Self-Perpetuation Mechanism)



```
┌──────────────┐
│ DATA BROKERS GET │
│  MORE BUSINESS:  │
│                  │
│  • More credit   │
│    checks        │
│  • More insurance│
│    quotes        │
│  • More rental   │
│    applications  │
│                  │
│  Additional      │
│  Revenue:        │
│  ~$100-500/year  │
└──────────────┘
         │
         │
         ▼
┌──────────────────────┐
│   CYCLE REPEATS      │
│                     │
│  System runs on      │
│  its own output:     │
│                     │
│  Victim's increased  │
│  costs = MORE data   │
│  broker revenue =    │
│  MORE subscriptions  │
│  = MORE power to     │
│  harm victims        │
└──────────────────────┘
```

# ENERGY FLOW ANALYSIS

## INPUT ENERGY (Plaintiff's Payments):

```
Rent Paid:            $22,907.00
Insurance Paid:       $   137.00
Dispute Costs:        $   100.00
_____

TOTAL INPUT:          $23,144.00
```

## TRANSMISSION LOSSES (Subscription Fees):

```
BJB → Experian:      ~$150.00/month × 15 months = $2,250.00
Liberty → LexisNexis: ~$75.00/month × 15 months = $1,125.00
Liberty → Verisk:     ~$50.00/month × 15 months = $  750.00
_____

 TOTAL SUBSCRIPTIONS:                             $4,125.00
```

## REPORTING REVENUE (Data Broker Profits):

```
Experian Rent Bureau pulls:  ~50 pulls × $10 = $  500.00
LexisNexis CLUE pulls:       ~30 pulls × $20 = $  600.00
Verisk A-PLUS pulls:         ~20 pulls × $15 = $  300.00
_____

TOTAL REPUBLICATION FEES:                       $1,400.00
```

## ENFORCEMENT REVENUE (Collector Commissions):

```
Hunter Warfield (25% × $1,607):          $   401.75
Credit Control Services (30% × $18):     $     5.40
_____

TOTAL COLLECTION FEES:                   $   407.15
```

## OUTPUT HARM (Plaintiff's Forced Overpayment):

```
Increased Rent: $350/mo × 8 months =     $ 2,800.00
Insurance Surcharge: $16/mo × 8 months = $   128.00
Deductible Increase: $1,000 - $500 =     $   500.00
Moving Costs (forced relocation):        $   880.00
Property Damage (unremediated):          $   511.00
Documentation Time: 420 hrs × $38 =      $15,960.00
Moving Labor: 240 hrs × $38 =            $ 9,120.00
```

_____

```
TOTAL OUTPUT HARM:                      $29,899.00
```

## FEEDBACK LOOP AMPLIFICATION:

```
Additional data broker revenue from
Plaintiff's forced relocation:
  - New credit checks (3 × $35) =        $   105.00
  - New insurance quotes (5 × $20) =     $   100.00
  - New rental apps (4 × $50) =          $   200.00
```
_____

```
FEEDBACK LOOP REVENUE:                  $   405.00
```

_____

# THERMODYNAMIC EFFICIENCY CALCULATION

## Standard Energy Efficiency Formula:

```
η (efficiency) = (Useful Work Output) / (Energy Input) × 100%
```

## For Legitimate Business:

```
η = (Value Created for Customer) / (Price Paid) × 100%

η should be > 100% (customer gets more value than they pay)
```

## For The Enterprise:

```
INPUT:   $23,144.00 (Plaintiff's payments)

OUTPUT: -$29,899.00 (Plaintiff's harm)


η = (-$29,899.00) / ($23,144.00) × 100%
```

**η = -129.2%**

*THE ENTERPRISE DESTROYS 129% OF INPUT VALUE*

# COMPONENT ANALYSIS

## COMPONENT 1: BJB PROPERTIES, INC.

**Function:** Primary Fuel Intake

**Mechanism:** Extract rent while providing uninhabitable premises

**Revenue Model:**

- **Direct:** $22,907 (rent collected)

- **Indirect:** $2,250 (avoided remediation costs)

- **Energy Transfer:** 100% extraction, 0% service delivery

- **Efficiency:** Infinite compression ratio (takes everything, provides nothing)


## COMPONENT 2: LIBERTY MUTUAL PERSONAL INSURANCE COMPANY

**Function:** Secondary Fuel Intake

**Mechanism:** Extract premiums while denying coverage

**Revenue Model:**

- **Direct:** $137 (premiums collected)

- **Indirect:** $14,000 (avoided claim payout)

- **Energy Transfer:** 100% extraction, 0% coverage delivery

- **Efficiency:** Infinite compression ratio (takes everything, provides nothing)


## COMPONENT 3: EXPERIAN INFORMATION SOLUTIONS, INC.

**Function:** Conversion & Reporting Cylinder

**Mechanism:** Convert rent history to false delinquency reports

**Revenue Model:**

- **Subscription:** $2,250 (from BJB, funded by Plaintiff's rent)

- **Republication:** $500 (per-pull fees from landlords)

- **Feedback:** $200 (additional pulls due to relocation)

- **Energy Transfer:** Converts $2,250 input to $700 output + victim harm

- **Efficiency:** Profitable reporting (earns from both sides)

## COMPONENT 4: LEXISNEXIS RISK SOLUTIONS, INC.

**Function:** Conversion & Reporting Cylinder

**Mechanism:** Convert claim history to false denial reports

**Revenue Model:**

- **Subscription:** $35 (from Liberty, funded by Plaintiff's premiums)
- **Republication:** $600 (per-pull fees from insurers)
- **Skip-tracing:** $100 (debt collection assistance)
- **Energy Transfer:** Converts $35 input to $700 output + victim harm
- **Efficiency:** Profitable reporting (earns from both sides)


## COMPONENT 5: HUNTER WARFIELD, INC.

**Function:** Enforcement Cylinder

**Mechanism:** Psychological pressure through debt collection

**Revenue Model:**

- **Commission:** $401.75 (25% of invalid $1,607 debt)
- **Energy Transfer:** Pure harassment (no legitimate service)
- **Efficiency:** Profits from invalid debt


## COMPONENT 6: CREDIT CONTROL SERVICES, INC.

**Function:** Enforcement Cylinder

**Mechanism:** Psychological pressure through debt collection
**Revenue Model:**

- **Commission:** $5.40 (30% of fabricated $18 debt)
- **Energy Transfer:** Pure harassment (no legitimate service)
- **Efficiency:** Profits from fabricated debt

---

# SYSTEMIC ECONOMIC HARM (From Exhibit G)

## Industry-Wide Scale:

```
Insurance sector permit non-verification waste:      $6-12 billion/year
Credit bureau dispute resolution waste:              $100-300 million/year
Compliant landlord competitive disadvantage:         ~$1 million/property/year
Debt collection inefficiency from invalid debts:     ~$500 million/year
_____

TOTAL SYSTEMIC WASTE:                                $6.6-12.8 billion/year
```

## Per-Victim Calculation:

```
Total systemic waste (midpoint):                     $9.7 billion/year
Estimated victims annually:                          500,000
Per-victim systemic cost:                            $19,400
```

## Plaintiff's Share:

```
Direct harm (calculated above):                      $29,899.00
Systemic cost allocation:                            $19,400.00
_____

TOTAL PLAINTIFF HARM (E):                            $49,299.00
```

## Revised Efficiency Including Systemic Harm:

$\eta$ = (-$49,299.00) / ($23,144.00) × 100%

**$\eta$ = -213%**

### THE ENTERPRISE DESTROYS 213% OF INPUT
### VALUE WHEN SYSTEMIC HARM IS INCLUDED

# FEEDBACK LOOP MECHANICS

## Self-Perpetuation Algorithm:

**1.** Extract Payment from Victim

↓

**2.** Convert to Subscription Fees

↓

**3.** Generate False Reports

↓

**4.** Victim Forced to Relocate/Re-insure

↓

**5.** Data Brokers Profit from Increased Activity

↓

**6.** Principals Maintain Subscriptions (Funded by Step 1)

↓

**7.** System Continues Operating

↓

**8. GO TO Step 1** (with new victim OR same victim paying more elsewhere)

## The Paradox:

**In legitimate markets:** Friction (overhead, competition, regulation, taxes) eventually stops inefficient systems.

**For The Enterprise:** Friction is NEGATIVE: the system gains energy from its own operation:

- Each victim's harm generates MORE data broker revenue
- MORE revenue strengthens subscription base
- STRONGER subscriptions enable MORE false reports
- MORE false reports creates MORE victims
- MORE victims generate MORE revenue

**Result:** Self-perpetuating extraction that accelerates over time.

---

# SYSTEM FAILURE ANALYSIS

## Single-Point-of-Failure Test:

**Question:** *If any single component stopped operating, would the enterprise fail?*

**Answer:** NO, because each component is independently profitable:

- BJB profits from rent + avoided remediation
- Liberty profits from premiums + avoided claims
- Experian profits from subscriptions + republication
- LexisNexis profits from subscriptions + republication
- Hunter Warfield profits from commissions
- CCS profits from commissions

**The enterprise has NO SINGLE POINT OF FAILURE because every component is incentivized to continue operating.**

## Transparency Would Destroy the Enterprise:

**If consumers knew:**

1. Their rent funded Experian subscriptions used against them → refuse to pay
2. Their premiums funded CLUE reports marking them high-risk → refuse to pay
3. Data brokers profit from both subscription fees AND republication fees → demand reform
4. Debt collectors pursue invalid debts for commission → dispute immediately
5. The system destroys 213% of input value → regulate or dismantle

**Therefore, the Enterprise REQUIRES opacity to function.**

**This is why Defendants coordinated to:**

- Refuse claim file disclosure (Liberty)
- Refuse Rent Bureau disclosure (Experian)
- Reject certified disputes (LexisNexis)
- Ignore move-out notices (all Defendants)
- Alter portal evidence (BJB + Liberty)

**TRANSPARENCY = ENTERPRISE DEATH**

# COMPARISON TO LEGITIMATE SYSTEMS

### Legitimate Insurance Model:

```
INPUT:        Premiums from many insureds

PROCESS:      Pool risk, pay valid claims

OUTPUT:       Risk mitigation for all

EFFICIENCY:   105-115% (insureds get more value than they pay)
```

### The Enterprise's Insurance Model:

```
INPUT:        Premiums from insured

PROCESS:      Deny claim, report to CLUE, share info with adverse party

OUTPUT:       Insured marked high-risk, forced to pay more elsewhere

EFFICIENCY:   -213% (insured harmed, no risk mitigation provided)
```

### Legitimate Landlord Model:

```
INPUT:        Rent from tenant

PROCESS:      Maintain property, ensure habitability

OUTPUT:       Safe housing

EFFICIENCY:   95-105% (tenant gets roughly equal value to rent paid)
```

### The Enterprise's Landlord Model:

```
INPUT:         Rent from tenant

PROCESS:       Conceal hazards, report false delinquency, avoid remediation

OUTPUT:        Uninhabitable premises, tenant blacklisted

EFFICIENCY:   -213% (tenant harmed, no housing value provided)
```

### Legitimate Credit Bureau Model:

```
INPUT:        Subscription fees from creditors

PROCESS:      Accurately report payment histories

OUTPUT:       Efficient credit markets

EFFICIENCY:   110-120% (society benefits from accurate information)
```

### The Enterprise's Credit Bureau Model:

```
INPUT:        Subscription fees from principals (funded by victims' payments)

PROCESS:      Publish false reports, refuse corrections, profit from republication

OUTPUT:       Victims blacklisted, principals evade accountability

EFFICIENCY:   -213% (society harmed, credit markets corrupted)
```

## Comparison to Other Economic Systems:

| System Type | Efficiency | Value Created / Destroyed |
|---|---|---|
| Free Market Capitalism | 110-150% | Creates 10-50% additional value |
| Regulated Utilities | 95-105% | Roughly break-even on value |
| Tax Collection | 85-95% | Some value lost to overhead |
| Outright Theft | -100% | Victim loses 100%, thief gains 100% |
| Fraud Ponzi Schemes | -150% | Victims lose 100%, systemic harm 50% |
| **The Enterprise** | **-213%** | **Destroys 213% of input value** |

**THE ENTERPRISE IS WORSE THAN OUTRIGHT THEFT.**

**IT'S WORSE THAN PONZI SCHEMES.**

*IT VIOLATES ECONOMIC CONSERVATION LAWS.*

# THE COUNTERFACTUAL:
## *WHAT IF DEFENDANTS HAD ACTED HONESTLY?*

### Scenario A: Liberty Verifies Building Permits (BEFORE Issuing Policy)

```
Cost to Liberty: $5 (database query)
Time required: 5 minutes
```

**OUTCOME:**
```
  - Unpermitted HVAC discovered
  - Liberty legitimately denies coverage OR requires BJB to obtain permits
  - BJB either gets permits (cost: $2,000) OR loses insurance requirement
  - Plaintiff never moves in OR pays reduced rent for disclosed risk
```

**RESULT:**
```
  - Liberty saves:       $14,000 (avoided invalid claim payment)
  - BJB saves:           $0 (must comply with codes)
  - Plaintiff saves:     $49,299 (no harm occurs)
  - System efficiency:   +9,860% ($5 cost prevents $49,299 harm)
```

**ENTERPRISE STATUS: NEVER BUILT**

### Scenario B: BJB Obtains Permits (BEFORE Installing HVAC)

```
Cost to BJB: $2,000 (permits + inspections)
Time required: 2-4 weeks
```

**OUTCOME:**
```
  - HVAC installed properly with required drainage
  - City inspectors verify safety
  - Plaintiff receives habitable unit
  - No sewage leak occurs
```

**RESULT:**
```
  - BJB saves:           $20,907 (rent refund) + $401.75 (collection costs)
  - Liberty saves:       $137 (refunded premiums) + $14,000 (avoided claim)
  - Plaintiff saves:     $49,299 (no harm occurs)
  - System efficiency:   +2,365% ($2,000 cost prevents $49,299 harm)
```

**ENTERPRISE STATUS: NEVER BUILT**

## Why Defendants Chose the Enterprise Instead:

**Because in the short term, each defendant's individual profit from opacity exceeds their share of systemic costs:**

```
BJB's short-term calculus:

  Revenue from concealment: $22,907 (rent) + $2,250 (avoided remediation)

  Minus legal risk:         -$0 (assumes no enforcement)

  Net benefit:              $25,157


  Cost of compliance:       -$2,000 (permits)

  Revenue if compliant:     $22,907 (same rent)

  Net benefit:              $20,907


  RATIONAL CHOICE: Conceal (nets $4,250 more)
```

**BUT this ignores:**

1. Plaintiff's $49,299 harm
2. Systemic $9.7B industry waste
3. Legal liability when caught
4. Reputational damage
5. Regulatory consequences

**The Enterprise exists because each component makes locally-rational but globally-destructive decisions.**

**This is a textbook tragedy of the commons: individual profit, collective harm.**

---

# DISABLING THE ENTERPRISE: INTERVENTION POINTS

## Point 1: Mandatory Permit Verification (Input Stage)

**Intervention:** Require insurers to verify building permits before issuing policies

**Cost:** $5/policy

**Benefit:** Prevents $6-12B/year in industry waste

**ROI:** 1,000,000% to 2,400,000%

**Effect on Enterprise:** CATASTROPHIC » fuel supply cut off

## Point 2: Real-Time Dispute Flagging (Conversion Stage)

**Intervention:** Require data brokers to mark disputed items within 24 hours

**Cost:** Minimal (software update)

**Benefit:** Prevents false reports from republication

**Effect on Enterprise:** SEVERE » blacklisting disabled

## Point 3: Debt Validation Requirements (Enforcement Stage)

**Intervention:** Require collectors to verify debt validity before first contact

**Cost:** ~$50/debt (independent investigation)

**Benefit:** Eliminates invalid debt collection

**Effect on Enterprise:** MODERATE » enforcement capability reduced

## Point 4: Transparency Mandates (System-Wide)

**Intervention:** Require disclosure of:

- Subscription relationships (who pays whom)
- Republication revenue (data broker profits)
- Building code violations (permit status)

**Cost:** Minimal (disclosure requirements)

**Benefit:** Consumers can make informed decisions

**Effect on Enterprise:** TERMINAL » opacity destroyed, system cannot function

## Point 5: Treble Damages + Injunctive Relief (This Lawsuit)

**Intervention:** Court imposes massive damages + operational restrictions

**Cost to Defendants:** $300,000,000+ (RICO trebling & punitives)

**Benefit to Society:** Deters future system construction

**Effect on Enterprise:** IMMEDIATE DISMANTLING

# ENGINEERING EXPERT TESTIMONY FOUNDATION

## As a Professional Engineer Candidate with Environmental Engineering Credentials:

**I am qualified to offer the following expert opinions:**

1. **Systems Analysis:** I have designed, analyzed, supervised, and operated complex multi-component systems including wastewater treatment plants processing millions of gallons daily.

2. **Energy Flow Calculations:** I routinely calculate mass and energy balances for industrial processes, including inputs, outputs, efficiencies, and waste streams.

3. **Contamination Assessment:** As a certified wastewater operator, I am trained to identify sewage contamination through appearance, odor, and chemical properties.

4. **Electrical Hazards:** My emergency management training includes assessment of life-safety hazards including water-exposed electrical systems.

5. **Building Code Compliance:** As a Cook County Environmental Engineer (Badge #161), I enforce building, safety, and environmental codes daily.

6. **Economic Efficiency:** My engineering training includes thermodynamic efficiency calculations and cost-benefit analysis.

7. **System Failure Analysis:** I am trained to identify single points of failure, feedback loops, and cascading failures in complex systems.

**Therefore, I can testify that:**

- The Enterprise operates as a literal mechanical system with identifiable components, energy flows, and feedback loops.

- The system violates basic thermodynamic/ economic principles by destroying more value than it creates **($\eta$ = -213%).**

- The system is designed to be self-perpetuating through negative feedback (victim harm generates MORE system revenue).

- The system has no single point of failure because every component profits independently.

- The system requires opacity to function and would collapse under transparency.

- Simple interventions costing $5-$2,000 would have prevented $49,299 in harm **(ROI of 2,365% to 986,000%).**

- Defendants' coordination created a negative-sum system that violates market efficiency principles.

**This testimony would be admissible under Federal Rules of Evidence 702 as expert opinion based on specialized knowledge, training, and experience.**

# CONCLUSION

## The Enterprise is not a metaphor. It is a literal description of:

1. **A six-component mechanical system** with defined inputs, processes, outputs, and feedback loops.

2. **An economic system** that violates conservation laws by destroying 213% of input value.

3. **A system** that gains energy from its own operation through negative feedback.

4. **A coordinated enterprise** where each component profits independently while contributing to collective harm.

5. **A system that requires opacity** and would immediately fail under transparency requirements.

6. **An architecture deliberately designed** (through locally-rational but collectively-destructive decisions) to extract wealth while externalizing harm.

This closed-loop system operates with a measured negative efficiency of $\eta = -213\%$, extracting economic value while generating net negative output for participants outside the enterprise. The schematic illustrates the coordinated flow of funds and harm across all six components.

**As an Environmental Engineer, I conclude:**

**The Enterprise is a hazard to economic health analogous to sewage contamination in live electrical systems: corrosive, dangerous, hidden from view, and requiring immediate remediation to prevent catastrophic failure.**

*Physics is all. Economics is physics. The Evidence sings.*

*And the Enterprise must stop.*

---

**Prepared by:**
Brian Alan Crofoot, Engineer-in-Training
Cook County Environmental Engineer, Badge #161
Federal Emergency Response Official (DHS/FEMA)
Master of Engineering, Civil & Environmental Engineering
University of Wisconsin-Madison (2022)

**Original Filing Date:** February 24, 2026

**Exhibit H-2 of Federal RICO Complaint**
*Crofoot v Liberty Mutual et al, 2026*
United States District Court, Northern District of Illinois