BC

FILED
7/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | **Case No.:** 1:26-cv-00672 |
| *Plaintiff,* | ) | |
| | ) | **Judge:** Jeffrey I. Cummings |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, ET AL. | ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S NOTICE OF RELATED CASE

### I. TO THE HONORABLE JUDGE AND DEFENDANTS:

Plaintiff Brian A. Crofoot, pro se, hereby gives notice pursuant to Local Rule 40.4 that the above-captioned case is related to *Crofoot v. Cook County, Illinois*, Case No. 1:26-cv-05025 (N.D. Ill.), currently pending before the Honorable Martha M. Pacold.

Both cases arise from the same core set of facts and events. The related case alleges retaliation in response to Plaintiff's filing of this RICO action. The cases involve overlapping parties, witnesses, and factual issues.

**Plaintiff does not seek consolidation of the two cases at this time.**

Respectfully submitted,

Brian A Crofoot

/s/ Brian A. Crofoot, Pro Se

4180 N. Marine Dr., #1501

Chicago, IL 60613

**Email:** crofoot.bc@gmail.com

**Phone:** 440-258-0207

**Dated:** July 1, 2026

## VI. CERTIFICATE OF SERVICE

I, Brian Alan Crofoot, hereby certify that on July 1, 2026, a true and correct copy of Plaintiff's Notice was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

______________________________

/s/ Brian Alan Crofoot, Pro se