**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN ALAN CROFOOT, | Case No. 1:26-cv-00672 |
| Plaintiff, | |
| v. | |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, *et al.*, | Judge: Hon. Jeffrey I. Cummings |
| Defendants. | |

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S OPPOSED
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Court to dismiss with prejudice the First Amended Complaint filed by *pro se* Plaintiff Brian Alan Crofoot, ECF No. 31, for failure to state a claim upon which relief can be granted. In support of this Motion, LexisNexis Risk relies upon the accompanying Memorandum of Law filed contemporaneously herewith.

LexisNexis Risk has conferred with Plaintiff and understands that Plaintiff intends to file a written response to LexisNexis Risk's Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: July 31, 2026

Respectfully submitted,

**LEXISNEXIS RISK SOLUTIONS INC.**

By:*/s/ Daniel R. Waltz*
Daniel R. Waltz (Illinois Bar No. 6304232)
TROUTMAN PEPPER LOCKE LLP

111 S. Wacker Dr., Suite 4100
Telephone: (312) 759-5948
E-Mail: daniel.waltz@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system and on Plaintiff by mail and e-mail at:

Brian Crofoot
4180 N. Marine Drive, #1501
Chicago, IL 60613
crofoot.bc@gmail.com

By:*/s/ Daniel R. Waltz*
Daniel R. Waltz

## PROPOSED BRIEFING SCHEDULE

Notwithstanding this Court's July 9, 2026 minute order, LexisNexis Risk and Plaintiff propose that Plaintiff's written response to this motion be due on August 28, 2026. LexisNexis Risk and Plaintiff propose that LexisNexis Risk's reply be due on September 18, 2026.

By:*/s/ Daniel R. Waltz*
Daniel R. Waltz