

**HUNTER** WARFIELD

4620 Woodland Corporate Blvd
Tampa, FL 33614
Toll Free 844-440-2806
M-Th 8am-9pm, F 8am-8pm EST

Reference: 10172722



BRIAN A CROFOOT
6727 N GLENWOOD APT C1
CHICAGO, IL 60626

**09/09/25**

**Hunter Warfield is a debt collector.** We are trying to collect a debt that you owe to BJB PROPERTIES, INC. We will use any information you give us to help collect the debt.

## Our information shows:

You had an account from BJB PROPERTIES, INC with account number .

| | |
|---|---|
| As of 08/17/25, you owed: | $1,607.25 |
| Between 08/17/25, and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now**: | $1,607.25 |

<u>Notice:</u> **See reverse side for important information.**

## How can you dispute the debt?

- **Call or write to us by 10/24/25, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 10/24/25,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.payhwi.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 10/24/25, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.payhwi.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:

Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614

BRIAN A CROFOOT
6727 N GLENWOOD APT C1
CHICAGO, IL 60626

## How do you want to respond?

*Check all that apply:*

☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ I enclosed this amount: $ _____

Make your check payable to

Hunter Warfield

Include the reference number

10172722

☐ **Quiero este formulario en español.**

12114224/PND1/30834125

TO ALL CONSUMERS - Notice about Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check as an electronic fund transfer from your account if your payment is returned unpaid.

As of the date of this letter you owe $1,607.25. Because of interest at the rate of 5.00%, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. Please contact our office for your payoff.

Please be aware of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

Illinois: Validation of Debts (a) Within 5 days after the initial communication with a debtor in connection with the collection of any debt, a collection agency shall, unless the following information is contained in the initial communication or the debtor has paid the debt, send the debtor a written notice with each of the following disclosures: (1) The amount of the debt. (2) The name of the creditor to whom the debt is owed. (3) That, unless the debtor, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the collection agency. (4) That, if the debtor notifies the collection agency in writing within the 30–day period that the debt, or any portion thereof, is disputed, the collection agency will obtain verification of the debt or a copy of a judgment against the debtor and a copy of the verification or judgment will be mailed to the debtor by the collection agency. (5) That upon the debtor's written request within the 30-day period, the collection agency will provide the debtor with the name and address of the original creditor, if different from the current creditor. If the disclosures required under this subsection (a) are placed on the back of the notice, the front of the notice shall contain a statement notifying debtors of that fact. (b) If the debtor notifies the collection agency in writing within the 30-day period set forth in paragraph (3) of subsection (a) of this Section that the debt, or any portion thereof, is disputed or that the debtor requests the name and address of the original creditor, the collection agency shall cease collection of the debt, or any disputed portion thereof, until the collection agency obtains verification of the debt or a copy of a judgment or the name and address of the original creditor and mails a copy of the verification or judgment or name and address of the original creditor to the debtor. (c) The failure of a debtor to dispute the validity of a debt under this Section shall not be construed by any court as an admission of liability by the debtor. (d) This Section applies to a collection agency or debt buyer only when engaged in the collection of consumer debt.

We have calculated the forty-five (45) day time period described above to end on October 24, 2025