Case: 1:26-cv-00672 Document #: 52-2 Filed: 07/31/26 Page 1 of 1 PageID #:680

| Event ID | Action Code | Result Code | Username | Timestamp | Comment |
|---|---|---|---|---|---|
| 1862929617 | Remove Consumer Tag | Remove Consumer Tag | lolivares | 9/9/2025 4:24 PM | Saved Consumer Tag. Details: {TagAssignDate=2025-09-09 16:24:31.377, Tag= {name=Dispute Response Check, short name=DispChck, type={description=Tags to support Support Services}}} |
| 1862929582 | AcSCEvnt | RcSCEvnt | lolivares | 9/9/2025 4:24 PM | User retrieved Consumer: 14122959 through search operation. |
| 1862929581 | RCDMSG | RCDMSG | lolivares | 9/9/2025 4:24 PM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862929572 | ActTag | ActTag | lolivares | 9/9/2025 4:24 PM | Assigned Consumer Account Tag: NoLtrs |
| 1862929573 | ActTag | ActTag | lolivares | 9/9/2025 4:24 PM | Assigned Consumer Account Tag: NoEmails |
| 1862929574 | ActTag | ActTag | lolivares | 9/9/2025 4:24 PM | Assigned Consumer Account Tag: NoCalls |
| 1862929577 | ActTag | ActTag | lolivares | 9/9/2025 4:24 PM | Assigned Consumer Account Tag: A-Cease |
| 1862929571 | Consumer Work Group | Consumer Work Group | lolivares | 9/9/2025 4:24 PM | Moved Workgroup: From DL28 to CDE-All |
| 1862929569 | Email from HWI.com | Cease and Desist | lolivares | 9/9/2025 4:24 PM | FROM DBTR Dear Marquez, |

Your September 9, 2025 email demanding $1,607 plus a purported "5% interest" likely a daily penalty is categorically disputed. I lawfully vacated the premises in question, which your letter and client abjectly ignored despite documented evidence of that fact. Any claim that I remain liable is baseless.

More importantly, by attempting to collect a disputed debt tied to an apartment containing water-drenched electrical panels located above a gas main in a 1914 multi-residential building without firestops, your firm is knowingly aiding and abetting the concealment of severe building code violations. Should you persist, your involvement will be squarely at issue in pending litigation, where a jury will be asked to evaluate not only Liberty Mutual's and BJB's actions, but also your firm's role in attempting to pressure me while ignoring evidence already forwarded to regulators.

I hereby demand that you withdraw your collection demand in writing immediately. Failure to do so will expose your firm to counterclaims, including but not limited to violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692), consumer fraud, civil conspiracy, and personal injury.

Physics is All.

Brian Crofoot

| Event ID | Action Code | Result Code | Username | Timestamp | Comment |
|---|---|---|---|---|---|
| 1862929356 | AcSCEvnt | RcSCEvnt | lolivares | 9/9/2025 4:22 PM | User retrieved Consumer: 14122959 through search operation. |
| 1862929355 | RCDMSG | RCDMSG | lolivares | 9/9/2025 4:22 PM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862883670 | AcSCEvnt | RcSCEvnt | amarquez | 9/9/2025 12:13 PM | User retrieved Consumer: 14122959 through search operation. |
| 1862883669 | RCDMSG | RCDMSG | amarquez | 9/9/2025 12:13 PM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862883647 | RCDMSG | RCDMSG | amarquez | 9/9/2025 12:13 PM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862883644 | UpdCbk | UpdCbk | amarquez | 9/9/2025 12:13 PM | Next Consumer Contact time set to Fri Sep 12 00:00:00 EDT 2025 |
| 1862883642 | ActTag | ActTag | amarquez | 9/9/2025 12:13 PM | Assigned Consumer Account Tag: A-Active |
| 1862883641 | Collector Review | Change Tag | amarquez | 9/9/2025 12:13 PM | No message entered. |
| 1862883594 | Outbound Call | No Message Left | amarquez | 9/9/2025 12:12 PM | (440) 308-9533 related person dialed |
| 1862883465 | Outbound Call | NoAnswer | amarquez | 9/9/2025 12:12 PM | (440) 240-8950 |
| 1862883260 | RCDMSG | RCDMSG | amarquez | 9/9/2025 12:11 PM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862880638 | Outbound Call | NoAnswer | amarquez | 9/9/2025 11:59 AM | (440) 277-8607 |
| 1862880268 | AcSCEvnt | RcSCEvnt | amarquez | 9/9/2025 11:57 AM | User retrieved Consumer: 14122959 through search operation. |
| 1862880267 | RCDMSG | RCDMSG | amarquez | 9/9/2025 11:57 AM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862880226 | UpdPho | UpdPhn | amarquez | 9/9/2025 11:57 AM | Saved Consumer phone. Details: {Type={UNKNOWN}, Number=4402778607, Country= {US}, Phone Status={UNKNOWN}, Phone Source={SKIPTRACE}} |
| 1862880213 | Outbound Call | Left Message on Machine | amarquez | 9/9/2025 11:56 AM | (440) 258-0207 |
| 1862879866 | NxtCns | NxtCns | amarquez | 9/9/2025 11:55 AM | Next Consumer for Workgroup DL28, Workchain New Business Accounts. |
| 1862879868 | RCDMSG | RCDMSG | amarquez | 9/9/2025 11:55 AM | User accepted the compliance message: {Consumer compliance message={Phone Communication: You must make a reasonable attempt at consumers' residence prior to placing a call to the consumers' place of employment.}} |
| 1862740024 | CnsSav | CnsSav | system | 9/9/2025 5:16 AM | Saved Consumer. Details: {Last Name=CROFOOT, First Name=BRIAN, Middle Name=A, Birth date=Fri Jan 19 00:00:00 EST 1990, SSN=4972, Driver License Number=C6130619001905, Email=BRIANCROFOOT.9@GMAIL.COM, Email Opt In=true, Email Opt In Date=2025-09-08 18:35:21.7, Workgroup short name=DL28} |
| 1862740026 | Consumer Work Group | Consumer Work Group | system | 9/9/2025 5:16 AM | Added to Workgroup: Angie Marquez |
| 1862727313 | Locate Smarter Cell Scrub | Note | system | 9/9/2025 1:26 AM | Updated phone type to MOBILE from UNKNOWN for phone number 4402580207 |
| 1862727312 | Locate Smarter Cell Scrub | Note | system | 9/9/2025 1:26 AM | Updated phone type to VOIP from UNKNOWN for phone number 4402408950 |
| 1862722642 | Consumer Work Group | Consumer Work Group | system | 9/8/2025 9:37 PM | Moved Workgroup: From ConsNBiz to JohnK |