

**BC**

**FILED**
8/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GMC**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALAN CROFOOT, | ) | **Case No.:** 1:26-cv-00672 |
| *Plaintiff,* | ) | |
| | ) | **Hon. Judge:** Jeffrey I. Cummings |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, ET AL. | ) | |
| *Defendants.* | ) | |

# Plaintiff's Notice of Address Change

**TO THE HONORABLE JUDGE, CLERK OF COURT, AND DEFENDANTS:**

1. Plaintiff Brian Alan Crofoot, pro se, respectfully notifies all parties of his address change:

   3847 Lorain Ave.

   Lorain, OH 44055

2. Plaintiff notes **winter *is* coming.** He **searched for** *"garden variety" "nuisance action"* no *"immediate danger" "far reaching" "criminal conspiracy"* <u>videos of house explosions</u>. (See FRE 107). Imagine what a Jury of *his* peers would think if shown *real evidence* of one.

3. **Justia** and **CourtListener** have been Plaintiff's sources for case law *and* their original complaints. He's been trying to improve with each briefing and filing since the March order.

4. Defendants should ask Illinois State Senator Hutton and his wife what a Waukesha, Wisconsin jury awarded them in January 2026 regarding a faulty *Chinese* dehumidifier that caused a fire but did not cause injuries.

5. How can Plaintiff best improve his future filings?

Respectfully submitted,

/s/ Brian Alan Crofoot, Pro Se Plaintiff

3847 Lorain Ave.

Lorain, OH 44055

**Email:** crofoot.bc@gmail.com

**Dated:** August 11, 2026

## CERTIFICATE OF SERVICE

I, Brian Alan Crofoot, hereby certify that on August 11, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

_____

/s/ Brian Alan Crofoot, Pro se